UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mr. Vyron Wheeler #10989-007

U.S.P. Hazelton Box 2000 Bruceton Mills VW.

*Plaintiff(s)*

vs.

United States Attorney's Office/Criminal Div.
                                              et. al.
Washington D.C.

*Defendant(s)*

Case No. 1:05CV01133

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the (pro se) Plaintiff Vyron Wheeler    movant    , and respectfully request this honorable court to allow (me) to proceed without prepayment of costs for the following reason(s):

I don't have any more money to pay any additional cost, or fees, such as making service on defendants. I am incarcerated in West VA. and I have payed the $250.00 filing fee in your court, which I believed would cover service and cost of this action filed by prisoner's per 28 U.S.C. 1915. I hired a so called paralegal organization with the money I saved and they have taken my money now I am broke.

Printed name: Vyron Wheeler
Signature: Vyron Wheeler
Address: U.S.P. Hazelton P.O. Box 2000 Bruceton Mills WV. 26525
Home phone no. N/A
Business phone no. N/A

## CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid, on June 15, 2005 Certified Mail,

To: Clerk Of Court    United States District Court Washington D.C.

Name: Nancy M. Mayer-Whittington
Address: United States District Court for the District of Columbia Wash., D.C.

Name:
Address:

Signature: Vyron Wheeler

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

I am indigent and have paid the filing fee in full, the best I could. I did not want to have another debt over my head. I already have child support to pay.

28 U.S.C. 1915(a)(1),(a)(2),(b),(f)(2),(g),(h).

Signature: Vyron Wheeler

<u>In the United States District Court for the District of Columbia</u>

VYRON WHEELER
U.S.P. Hazelton
#10989-007
P.O.Box 2000
Bruceton Mills WV.
      26525

    **V**

The United States Attorneys
office/Criminal Division
      et. al.

CASE No. 1:05CV01133

<u>Declaration in Support of Request</u>
<u>To Proceed in Forma Pauperis</u>

I, Vyron Wheeler Plaintiff in this case, declare that in support of my motion to proceed without further payment of anys, cost or other security that I'am indigent and unable to pay cost of said proceeding or to give further cost or security. I'am unable to serve paper's by electronic means or U.S. Marshal Service on defendants. I have payed $250.00 for commencement of this action inwhich I believed would cover all cost. I declare that I do not possess the means due to my incarceration to make any other service on parties not do I have anybody to make this service available.

I, Vyron Wheeler declare that, I am unemployed and have been housed in a New facility which has limited jobs. Iam a inmate and pursuant to 28 U.S.C. 1915(a)(2),(b),(f)(2),(g),(h) believe I may be entitled to I.F.P. status in this case

I, Vyron Wheeler declare that, I have spent $1600.00 dollar's in additional legal fees with <u>Paralegal Assoc. Rich Deters, Box 6035 Minn MN 55406</u>. inwhich Iam now in dispute. This delay has caused me to now have to litigate **Pro se** in this court, in addition I have paid this Honorable Court $250.00 filing fee to commence this action. This has left me with about $152.50 inwhich I spent some for my self and have a balance of $85.27 in my account and no Job or further income.

Therefore, I believe I am entitled to **Proceed in Forma Pauperis** in this case.

1. Are you presently employed?
   No.

2. Have you received within the past twelve months any money from any of the following sorces?

a. Business, profession or form of self-employment?
   No

b. Rent payments, interest or dividens?
   No

c. Pension, annuities or life insurance payments?
   No

d. Gifts or inheritances?
   No

3. **Do you own any estate, stocks, bonds, notes, automobiles, or other valuable property**(excluding oridinary household furinshings and clothing)?
   No

4. **Do you own any cassh or do you have money in a checking or savings account?**
   Yes (including any funds in prison accounts)
   If yes state the total value of the items owned.
   I have $85.27 in my prison inmate account
   I have $00.03 in my inmate phone account

5. List the persons who are dependant upon you for support, state your relationship to these persons, and indicate how much you contribute toward their support: I have a suspended child support account in P.G. County M.d. which will commence upon my release from prison that is all. The amount of which is $34,000.00. I have been in for 10 years and have 10 more years to do(2015). This is why I seek the present F.O.I.A. information, to try to lesson my sentence if possiable so I can be with my family.

**I Vyron Wheeler**, declare that the forwarded is True and Accurate to the best of my knowledge under the penality of perjury.

(Signature of Movant)

## CERTIFICATE

I Hereby certify that the movant herein has the sum of $85.27 on account to his cerdit at the <u>United States Penitentiary Hazelton WV.</u> institution where he is confined. I further certify that Iam and have been unemployed since 4/14/2005 inwhich I arrived at this institution which does not have a UNICORE inmate work program as of today 6/15/2005. I likewise certify that the movant has the following securities to his credit according to the records of said institution U.S.P. Hazelton and U.S.P. Atlanta, Atlanta G.A. $85.27. Please note, as of today I have $64.32 in my account due to me buying myself some items. see reciept.

## CERTIFICATE OF SERVICE

I **Vyron Wheeler** certify that the following was sent postage paid to the Clerk of the United States District Court for the District of Columbia Washington D.C. this <u>15th</u> day of June 2005 and is true and accurate under the penality of perjury.

*[Signature]*
Vyron Wheeler 10989007
USP Hazelton
Box2000
Bruceton Mills WV.
26525