UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Vyron Wheeler 10989-007 | : | AFFIDAVIT IN SUPPORT OF |
| Plaintiff/Petitioner, | : | REQUEST TO PROCEED |
| | : | IN FORMA PAUPERIS; AUTHORIZED |
| v. | : | WITHDRAWAL FORM; CERTIFIED |
| The United States Attorney's | : | AFFIDAVIT OF INMATE ACCOUNT |
| Office/Criminal Div et.al. | : | STATUS. |
| Defendant/Respondent. | | |

### AFFIDAVIT AND AUTHORIZATION
### FOR WITHDRAWAL FROM INMATE ACCOUNT

I, __Vyron Wheeler__, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( )   No (x)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. __N/A__

   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. __4/11/2005 I made 200.00 when employed at U.S.P. Atlanta working in UNICORE. I have been moved.__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?   Yes ( ) No (x)
   b. Rent payments, interest or dividends?   Yes ( ) No (x)
   c. Pensions, annuities or life insurance?   Yes ( ) No (x)
   d. Gifts or inheritances?   Yes ( ) No (x)
   e. Any other source?   Yes ( ) No (x)

   If you answered yes to any of the above, describe each source and state the amount received from each. __N/A__

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes (x)   No ( )   If the answer is yes, state the total value of items owned.
   __I had $85.27 in my account but now I have $64.32 in my account due to me buying some things. see receipt__

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
    Yes ( )  No (X)   If the answer is yes, describe the property and state its approximate value.
    _____N/A_____
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.
    I have a suspended child support order in P.G. County Md.,
    which will commence upon my release. The amount of $34,000.00
    _____


## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to ANY other fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined. If any other fee's are incurred in this action.

Executed this __15__ day of __June_____, 2005__.

_____
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $ $85.27 in his/her inmate account at the __U.S.P. Hazelton WV.__ Institution. Plaintiff has an average monthly balance for the preceding six months of $ 186.19 and the average monthly deposits to said account for the preceding six months are $ 300.00 I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: __$85.27 but as of today $64.32 see reciept__
__Also see Plaintiff's Declaration in Support of Request to Proceed in I.F.P. att.__

June 15, 2005                                    _____
Date                                              Authorized Officer of Institution

2.