IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER
    Plaintiff

v.

THE DEPARTMENT OF JUSTICE
Executive Office of the United States
Attorney's/ Criminal Division  et. al

CASE # 1:05CV01133
Hon Judge: Colleen Kollar-Kotelly

MOTION FOR
APPOINTMENT OF
COUNSEL

    Plaintiff moves this court for an order appointing counsel (Legal aid society, law students, member of the Bar, etc.) to this case to represent him because he cannot afford to employ an attorney. This motion is based on Plaintiffs affidavit/declaration in support of his Motion to proceed informa pauperis. Legal authority for appointment of counsel is 28 USC sec 1915(d) and 18 USC sec. 3006A(g), as interpreted in McClain v Manson, 343 F.Supp. 382 (D.Conn 1972). Plaintiff believes he is entitled and intend to bring this action in the United States District Court for the District of Columbia against the above-named defendants.

1). The action seeks to enjoin the above defendant from (Withholding information that Plaintiff is entitled to view per agency, to see if it has followed proper rules as required by law as to Plaintiff's criminal conviction).

2). Plaintiff will be litigating against the Executive Office of the United States Attorney's (EOUSA) Department of Justice. The biggest Law Firm in the World, and will be at an exterme disadvantage.

3). Plaintiff is incarcerated in a New Federal Penitentiary, which has limited legal resources in it's law library. (It's building case files and legal research material).

4). The person's whom Plaintiff is disputing with and the files which Plaintiff seek's are both located out of state from Plaintiff in which he has no access. It will be extremely difficult for Plaintiff to access file's and data and due to (what Plaintiff calls Bad Faith from prior action's of defendant) no cooper-

ation on the part of defendant, almost impossible for a agreement to be made.

5). A miscarriage of justice will occur in Plaintiff's criminal case if he is unable to resolve this matter quickly. Appointment of counsel will save this court, and plaintiff valuable time and resource's in the intrest of judicial economy, inwhich Plaintiff has showed Good Faith by paying his full filing fee's and attempted to secure a paralegal research group only to his disadvantage.

6). I Plaintiff in this case realize that plenty of prisoner's file frivolous complaints in your court ," I have read some of them, prisoner's asking for extra bread on their tray's"., but I truly have tried to resolve this matter before I came before your court so please consider an appointment of counselor to help speedly resolve this matter.

7). I have assets of only$64.32 in the form of a income and Iam unemployed due to the newness of this facility. This figure includes canteen,and every thing else I possess. My soc sec # is 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 which you are authorize to check with any financial institution. All will show I have no income.

8). I have made an extreme mistake with Paralegal Assoc. Rich Deters, Box 6035 Minn..,MN 55406 inwhich Iam attempting to correct. Please do not let that error of judgement negate me from the fairness and correctness of the United States District Court. Every book I have read advised me that your court could assist fair and justly.

9). The little income that I possess I need for personal maintenance and to keep contact with my son's. (Phone call).

10). Because of my proverty Iam unable to pay any further cost of this action, or to give any other security, or to employ an attorney. I shall give you authority if necessary to deduct any other needed cost and/or fee's from my future inmate account, as whenever the UNICORE Inmate Work Program starts.

**Final Prayer**, I respectfully ask in this final prayer, that this Honorable Court please accept the **(Two)** complaints and motion's that Iam returning and allow me to continue Informa Pauperis for the continuation of this matter. I also pray that this Honorable Court please consider appointing counsel or placing my name before counselor's whom may wish to proceed probono or to donate a few hour's to assist someone in my situation.

I declare under the penalty of perjury that the above statement is true and accurate and correct. June 15, 2005

Respectfully

Mr. Vyron Wheeler (Movant)
U.S.P. Hazelton