IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Vyron Wheeler
    Plaintiff

v

The United States Department
of Justice (EOUSA) et. al.
    Defendant

Case No. 1:05CV01133

Dear Madam / Clerk of the Court

On June 07, 2005 I commenced a action in this Honorable Court see above action no.. Your office forwarded my back a "**Consent to Proceed before A United States Magistrate Judge for All Purposes**". I consinted to this consent application and dated it June 15, 2005. I would like to reconsider proceeding before a Magistrate and proceed before the Honorable District Court Judge Colleen Kollar-Kotelly as originally instated in this case. Please except this as a official varification of my wishes and disregard my prior "Consent to Proceed before a United States Magistrate" pursuant 28U.S.C. 636(c)(3) as VOID.

Thanking You In Advance

Mr. Vyron Wheeler
#10989-007
USP Hazelton
P.O. Box 2000
Bruceton Mills WV 26525
Date 29th June 2005

The above is true under the penalty of perjury.

s/ Vyron Wheeler