IN THE UNITED STATES DISTRICT COURT
for the District of Columbia

Vyron Wheeler
    Plaintiff

v

The Department of Justice
Executive Office of the United States
Attorney's/Criminal Division et. al

CASE# 1:05CV01133
Hon Judge: Colleen Kollar-Kotelly

Motion for the Appointment
Of Counsel to assist pro se
plaintiff

Plaintiff filed with this Honorable Court on June 15, 2005 a Motion for Appoint- of Counsel. This motion was denied on June 27, 2005. Appellant now's ask this Honorable court to consider appointing a consultant to assist plaintiff with his litigation. This was accomplished in case's like **Blazy v Tenet 194 F3d 90 (1999)**. Plaintiff will continue to litigate pro se, but will only be counseled by counsel.

1)    The institution that Plaintiff is housed in is <u>NEW</u>, and is in the process of organizing itself. This institution has a <u>ELECTRONIC LAW LIBRARY</u>, that is fully ran by computer's and when it goes down, everything goes down. This has happened on a regular basis since plaintiff has been housed in this institution. Plaintiff includes this declaration with attached exhibits, in support of his previously filed **Motion for Appointment of Counsel.** see attached exhibits.

2)    [With]out assistance of counsel, plaintiff states that he will constantly be placed at a disadvantage in filing and responding, researching and drafting his pleadings. This within itself should be rreason for an appointment of legal assistance, (**i.e.** Law students, like Georgetown University Law Center, The American Bar Association, prisoner's legal service's, paralegal assoc., etc), who may be interested in pro bono, contengency legal fee agreement, volunteer assistance.

In a **final Prayer,** I respectfully ask that this court accept this motion supplement wt. exhibits. **I declare that the forwarded is true and accurate and correct under the penalty of perjury persuant to F.R.Cv.P.**

## CERTIFICATION

I Plaintiff Vyron Wheeler 10989-007, certerfy that a Original Copy of this <u>Supplement to Plaintiff's Motion for the Appointment of Counsel</u>, was mailed postage paid via., U.S. Certified mail # 7004 2510 0003 0398 7511 to the United States District Court for the District of Columbia 333 Constitution Ave Washington D.C. 20001 Clerk of Courts

Mr. Vyron Wheeler
#10989-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills., WV
26525

Dated July 6, 2005

BP-A148.055  
SEP 98  
INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Education/Law Library | DATE: June 30, 2005 |
|---|---|
| FROM: Vyron Wheeler | REGISTER NO.: 10989-007 |
| WORK ASSIGNMENT: | UNIT: F2-221 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I need varification for the United States District Court for the District of Columbia that the Law Library Computer's are down and have been down for several day's.

I am pending litigation in Case No. 1;05CV01133 before Honorable District Court Judge Kollar-Kotelly, FOIA/Privacy Act and will extended time for responses due to inability to research law.

Thank You in Advance

(Do not write below this line)

DISPOSITION:

Mr. Wheeler,                                    June 30, 2005

This will serve as notice that the Education Department's Electronic Law Library was down for a period of 3 days (June 27-29). The system is functioning properly at the present time.

Signature Staff Member: R. Ogden, Supervisor of Education    Date: 06/30/05

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 6

```
BP-A148.055                                    U.S. DEPARTMENT OF JUSTICE
SEP 98                                         FEDERAL BUREAU OF PRISONS
INMATE REQUEST TO STAFF
```

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Education/Library Law Library | 7-1-2005 |
| FROM: Vyron Wheeler | REGISTER NO.: 10989-007 |
| WORK ASSIGNMENT: | UNIT: F2-221 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Please be advised that the Law Library Computer System is not functioning as of July 1, 2005.

I was informed on June 30, 2005 that the problem has been resolved per Ms. Ogden Educational Supervisor, in which the system is down again.

Please ~~advise~~ verify the above so I may have proof to receive assistance from the Courts. as to my Civil Case No. 1:05CV01133 before Hon Colleen Kollar-Kotelly, United States District Court for the District of Columbia 333 Constitution Avenue, NW, Room 1825 Washington, DC 20001

(Do not write below this line)

DISPOSITION:

A letter has been drafted + was given to you on 7-2-05

Signature Staff Member [signature]    Date 7-2-05

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

To Whom It May Concern,

Due to technical difficulties with our electronic law library, inmate Vyron Wheeler, 10989-007, has not had access to the full complement of our legal holdings. This problem was present from 06-27-2005 thru 06-30-2005, and 07-02-2005. Because of the holiday weekend, we do not anticipate that our systems will be fully operable until at least 07-05-2005. Please extend to this inmate any consideration you deem appropriate. If you have any questions regarding this matter, please contact the Education Department at United States Penitentiary, Hazelton.

Sincerely,

Jason Lake
Education Specialist
304-379-5131