IN THE UNITED STATES DISTRICT COURT
for the District of Columbia

Vyron Wheeler
#10989-007
U.S.P. Hazelton
Box 2000
Bruceton Mills WV. 26525
        Plaintiff

Request for Issuance of Summons

| | |
|---|---|
| Vyron Wheeler,<br>    Plaintiff<br>V<br>The United States Dept of Justice<br>(EOUSA/Criminal Div.) et.al,<br>    Defendant | No. 1:05CV01133<br>Hon Judge: Colleen Kollar-Kotelly |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA:

    Plaintiff filed the enclosed civil complaint with this court on June 07,05 with a $250.00 filing fee. Plaintiff respecfully request per enclosed motions to proceed without payment of additionsl fees, as to **Service of Process.**

    Plaintiff is incarcerated in a Federal Facility and has no access to electronic filing nor is able to make personal service to defendant and the only other way to make service pursuant to F.R. Cv. P. 4 is Certified Mail. This has caused a problem for Plaintiff for the following reasons:
1). As initiated in **McDonald v The United States 898 F.2d 466, 1990 US App LEXIS 11485** and **FRCvP** "only individuals may be served by mail and acknowledgement under rule 4(d)". the United States does not fit into this catagory and even if they do, the bad faith that has caused this action show's that it will be frivolous to try service by certified mail. The only thing <u>defendant</u> would have to do is not return receipt and raise the defense of "Insufficiency

of Service".

    Petitioners only effective way for service will be, to have the United States Marshal Service make service or the Clerk of the Court make service.

    Plaintiff is requesting to be allowed to Proceed In Forma Pauperis in-which service will be automatic. This will also enable electronic filing of Plaintiff's paper's.

For the forwarded and any other reason's this court may find justifiable Plaintiff pray for service to be made.

**I declare the foregoing is true and correct pursuant 28USC§1746**

Dated June 15, 2005

Vyron Wheeler #10989-007-Plaintiff          s/ *Vyron Wheeler*

                                                                                 Indigent/Pro se
Mr. Vyron Wheeler
10989-007
USP Hazelton
Box 2000
Bruceton Mills WV 26525