UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys ("EOUSA"), by and through its undersigned attorneys, respectfully moves for an extension of time up to and including October 14, 2005 to answer, move or otherwise respond to Plaintiff's Complaint. Although the United States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P. 12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, which requires an agency to respond to a complaint within thirty days after service of the pleading. 5 U.S.C. § 552(a)(4)(C). Accordingly, Defendant has until September 14, 2005 to respond to Plaintiff's Complaint. However, for good cause as explained below, Defendant requests an extension to respond to Plaintiff's Complaint.[1]

---

[1] Because Plaintiff is incarcerated, the undersigned counsel has not attempted to contact Plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m).

EOUSA requires an additional period to provide the necessary background materials to the undersigned counsel to support EOUSA's response to Plaintiff's complaint. The undersigned attorney assigned this matter is unable to provide a response to Plaintiff's complaint without such materials. Accordingly, Defendant is seeking an extension up to and including October 14, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,


/s/ Kenneth L. Wainstein

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ R. Craig Lawrence

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney



/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>12th</u> day of September, 2005 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney