IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

VYRON WHEELER

V

THE UNITED STATES DEPT OF
JUSTICE "EOUSA" et.al

Case No. 1:05CV01133

Judge: Colleen Kollar-Kotelly

### Motion of Opposition to Extention of Time
### And
### Temporary Restraining Order

Comes now plaintiff in the above captioned case in opposition to defendants <u>Motion for Extention of time</u>. Defendants have had over 15 months to contact plaintiff to resolve plaintiffs initial request, but decided to use evasive techniques to prolong plaintiff's request.

Defendants prior Bad conduct has led to this civil action which comes at plaintiff's expense, and if defendants were interested in resolving this dispute, they could have just turned over the requested materials or the part that they promised within 9 month's. see civil action page __4__ .

Plaintiff takes this motion for extention of time as another technique to prolong this request, and request if this court grants defendants request that it grants no other extentions in this case.

**Temporary Restraining Order** Fed rule Civ.P. 65(a)(1)(b)

Due to defendants prolonging in this case, plaintiff request that this Honorable court place a <u>Temporary Restraining Order</u> against defendants to not destroy, alter, remove, change or amend any documents requested by plaintiff. There may be a 10 yr limitation as to certain documents inwhich this court may wish to review de novo. pursuant to 552 (a)(4)(B),

*Vyron Wheeler* (signature)

I certify that the forwarded <u>TRO Motion</u> and <u>Motion for Opposition</u> were mailed certified us mail this 18Th day of September 2005 to the United States District Court 333 Constitution Ave Washington DC to make service on all defendants, inwhich plaintiff has not received a list of the defendants served in this case as of to date.

The above is true under the penality of perjury. Respectfully

Cert # 7002 1000 0004 7172 6977

Vyron Wheeler 10989-007
USP Hazelton
Box 2000
Bruceton Mills WV
26525
September 18th 2005

Defendants Should be:
The United States Attorney General
The Executive Office of the U.S. Attorney's
The Office of Information & Privacy
Washington D.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

VYRON WHEELER

V

THE UNITED STATES DEPT OF
JUSTICE "EOUSA" et.al

Case No. 1:05CV01133
Judge: Colleen Kollar-Kotelly

## Motion of Opposition to Extention of Time
## And
## Temporary Restraining Order

Comes now plaintiff in the above captioned case in opposition to defendants <u>Motion for Extention of time</u>. Defendants have had over 15 months to contact plaintiff to resolve plaintiffs initial request, but decided to use evasive techniques to prolong plaintiff's request.

    Defendants prior Bad conduct has led to this civil action which comes at plaintiff's expense, and if defendants were interested in resolving this dispute, they could have just turned over the requested materials or the part that they promised within 9 month's. see civil action page  4  .

    Plaintiff takes this motion for extention of time as another technique to prolong this request, and request if this court grants defendants request that it grants no other extentions in this case.

**Temporary Restraining Order** Fed rule Civ.P. 65(a)(1)(b)

Due to defendants prolonging in this case, plaintiff request that this Honorable court place a <u>Temporary Restraining Order</u> against defendants to not destroy, alter, remove, change or amend any documents requested by plaintiff. There may be a 10 yr limitation as to certain documents inwhich this court may wish to review de novo. pursuant to 552 (a)(4)(B),

*Vyron Wheeler*

I certify that the forwarded <u>TRO Motion</u> and <u>Motion for Opposition</u> were mailed certified us mail this 18th day of September 2005 to the United States District Court 333 Constitution Ave Washington DC to make service on all defendants, inwhich plaintiff has not received a list of the defendants served in this case as of to date.

The above is true under the penality of perjury. Respectfully

Cert # 7002 1000 0004 7172 6977

_____
Vyron Wheeler 10989-007
USP Hazelton
Box 2000
Bruceton Mills WV
26525

September 18th 2005

Defendants should be:
The United States Attorney General
The Executive Office of the U.S. Attorney's
The Office of Information + Privacy
Washington DC.