UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,                          )
                                        )
            Plaintiff                   )
                                        )
      v.                                )        Civil Action No. 05-1133(CKK)
                                        )
EXECUTIVE OFFICE OF U.S. ATTORNEYS,     )
                                        )
            Defendant.                  )
_____    )

**ORDER**

UPON CONSIDERATION of *Defendant's Second  Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including November 4, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

SO ORDERED.


_____          _____
DATE                           UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530