## IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER

    Plaintiff

V                                 Case# 1:05CV01133

The United States Dept. of         Judge: Colleen Kollar-Kotelly

Justice, (EOUSA)/Criminal Division   [Judicial Notice/Motion for Service]

              et. al

### Motion to Effectuate Service

Plaintiff comes now before this Honorable Court, pursuant to F.R.Cv.P. 4(m) to direct and effectuate service after the 120 day filing deadline on the Office of Information and Privacy, due to exceptional circumstances beyond his control.

### FACT

Petitioner Civil action was docketed on 6/07/2005, inwhich there was a 120 filing deadline for service of summons on all parties. On 6/20/2005 this Honorable Court Granted plaintiff, In Forma Pauperis status. Plaintiff then notified this Honorable Court by certified mail that he wish to have summons served on The Executive Office of the United States Attorney's and the United States Attorney General, this "notice" may have been entered on the docket as a Motion by mistake. Because on 7/07/2005 plaintiff mailed a **"Judicial Notice/Motion for Service"**, the "only" Motion asking for service in this case, and that service ," within this titled action **The Office of Information and Privacy , United States Department of Justice 570 Flag Building Washington D.C. 20530** is ment to be included and a "SUMMONS'" served. see enclosed Motion they were not served.

Now Plaintiff ask that this Honorable Court please note that the other **"Notice For Service of Summons"** makes no mention of a Motion but it was also ment to put the clerk and United States Marshalls service on notice as to the parties to be served, but surly not to disregard or negate plaintiffs Judicial Notice/Motion for Service.

Plaintiff notes that on September 2, 2005 he filed the enclosed letter to the clerk of the courts as to the status of the serving of the Summons in his case. see page (1) inwhich he received his docket report from the court on 9/23/2005 and files this motion to effectuate service on the Office of Information and Privacy (referred to as O.I.P.)

Plaintiffs 120 day filing for service was 9/7/2005 and somehow a clerical error has occurred with his filings to the honorable court. This court recognized this in Bax v Executive Office for the United States Attorney's 216 F.R.D. 4 (June 12, 2003)( If the plaintiff is proceeding informa pauperis.., service by the U.S. Marshal is mandatory). Plaintiff noted that pursuant to F.R.Cv.P. 4(m)(Plaintiff must inform clerk of the proper defendants to be served, It is responsibility of the plaintiff to provide the Marshal proper address of defendants for service. Lee v Armontrout (1993 CA8 MO.) 991 F2d 487; Simpson v Lewis 510 US 875, 126 LED 2d 166.

Specifically Plaintiff named O.I.P.'s violations

Plaintiff specifically noted on page (4)&(5) of his Civil Action # 1:05CV01133 "[(EOUSA) informed plaintiff that," We have not performed a search for records and you must not assume the records concerning thrid party exist". see ex. Declaration of Marie A. O'Rouke. THis reply also directed plaintiff that he may appeal to the "Office of Information Privacy". see ex , inwhich plaintiff filed an appeal on January 28, 2005 and this instant action

action commences after non-production of documents sought in plain-
tiffs January 28, 2005 Administrative Appeal.] **Id pg 4 & 5 of civil
action...**

The Office of Information and Privacy is a proper defendant

The O.I.P. has been proper party in actions like Santos v DEA,
Office of Information and Privacy(Plaintiffs complaint very first
page, clearly stated that he moved the court to issue an order to
the DEA, Office of Information Privacy to produce the records re-
quested). **Id** 357 F.Supp. 36; Winterstein v US Dept of Justice, Off-
ice of Information and Privacy 89 F.Supp. 79; (March 21, 2000);
Santos v DEA & Office of Information and Privacy 2005 US Dist Lexis
3983 (March 7,2005); Everette Hatcher Jr. v US DOJ, Office of Infor-
mation and Privacy, 910 F.Supp 1, 1998 US DIst Lexis 19435.

Conclusion

This court has deemed that if a plaintiff has provided a list
of names and addresses of defendants....the United States Marshals
Service will... be directed to serve a copy of a summons with the
complaint,..on each of the defendants. **Id** Foxworth v US Park Police
et. al. 1989 US Dist Lexis 9648 (Aug 14, 1989).

Due to the stated plaintiff prays that this Honorable Court will
make service on the Office of Information and Privacy to correct
service on all defendants. **This information was provided in advance
in accordance to F.R.Cv.P. 4(1)(A)(B)(c)(2)(a) & Boubette v Barnette
923 F2d 754,757 (9th Cir 1991)** ( Application of this doctrine to
rule 4(c)(2)(B)(i) leads us to the conclusion that IFP plaintiff
must request service of summons and complaint by the court officer
before the officers will be responsible for effecting such service).

## CERTIFICATE OF SERVICE

C

I Vyron Wheeler plaintiff in this case certify that a True Original  copy of this Motion fo Effectuate Service wt. exhibits was mailed this 27th day of September to the United States District Courthouse 333 Constitution Ave., N.W. Washington D.C. 20001 att. the Honorable Judge Colleen Kollar-Kotelly via., U.S. Certified / Return Receipt Mail # 7004 2510 0003 0399 0078            , to effectuate proper service in this case. Plaintiff pray's that the Honorable Clerk of the Court please make any additional copies if necessary and send them to defendants if necessary.

I certify that the forwarded is true under the penality of perjury per the rules of this court.

Cover Letter att. and signed

Defendants:

The United States Attorney General

950 Penn. Ave N.W.
Washington 20530-0001

The (EOUSA)/Criminal Division
~~Washington D.C.~~
600 E.St N.W. #7300
Washington D.C. 20530
and the

The Office of Info. & Privacy
United States Flag BUilding Washington D.C.
                    20530

Mr. Vyron Wheeler
#10989-007 /USP Hazelton
P.O. Box 2000
Bruceton Mills WV
            26525

E X H I B I T S

PROSE-PR, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01133-CKK
### Internal Use Only

WHEELER v. EXECUTIVE OFFICE OF THE UNITED
STATES ATTORNEYS
Assigned to: Judge Colleen Kollar-Kotelly
Cause: 05:552 Freedom of Information Act

Date Filed: 06/07/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil
Rights
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**VYRON WHEELER**                    represented by   **VYRON WHEELER**
U.S.P. HAZELTON
P.O. Box 2000
Bruceton Mills, WV 26525
PRO SE

V.

**Defendant**

**EXECUTIVE OFFICE OF UNITED**       represented by   **Beverly Marie Russell**
**STATES ATTORNEYS**                                  U.S. ATTORNEY'S OFFICE
*United States Department of Justice,*                555 4th Street, NW
*Criminal Division*                                   4th Floor
Washington, DC 20530
(202) 307-0492
Fax: (202) 514-8780
Email: beverly.russell@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2005 | 1 | COMPLAINT against EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS (Filing fee $ 250) filed by VYRON WHEELER.(td, ) (Entered: 06/09/2005) |
| 06/07/2005 | | SUMMONS (3) Issued as to EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 06/09/2005) |

Case 1:05-cv-01133-CKK    Document 15    Filed 10/13/2005    Page 7 of 15

| | | |
|---|---|---|
| 06/15/2005 | 2 | ORDER Establishing Procedures for Electronic Filing for Cases Assigned to Judge Colleen Kollar-Kotelly signed on June 15, 2005. (SM) (Entered: 06/15/2005) |
| 06/20/2005 | 3 | MOTION for Leave to Proceed in forma pauperis by VYRON WHEELER. (zlc, ) (Entered: 06/23/2005) |
| 06/20/2005 | 4 | PRISONER TRUST FUND ACCOUNT STATEMENT for period of six months by VYRON WHEELER (zlc, ) (Entered: 06/23/2005) |
| 06/20/2005 | 5 | AFFIDAVIT and Authorization for Withdrawal From Inamte Account by VYRON WHEELER. (zlc, ) (Entered: 06/23/2005) |
| 06/20/2005 | 6 | MOTION to Appoint Counsel by VYRON WHEELER. (zlc, ) (Entered: 06/23/2005) |
| 06/27/2005 | 7 | ORDER granting 3 Motion for Leave to Proceed in forma pauperis, denying without prejudice 6 Motion to Appoint Counsel. Signed by Judge Colleen Kollar-Kotelly on June 27, 2005. (lcckk1) (Entered: 06/27/2005) |
| 07/05/2005 | 8 | NOTICE of Withdrawal of consent to proceed before a U.S. Magistrate Judge for all purposed by VYRON WHEELER (lc, ) (Entered: 07/11/2005) |
| 07/11/2005 | 9 | MOTION to Appoint Counsel by VYRON WHEELER. (td, ) (Entered: 07/14/2005) |
| 07/20/2005 | 10 | MOTION For Issuance of Summons by VYRON WHEELER. (lc, ) (Entered: 08/03/2005) |
| 08/11/2005 | | Summons Issued (3) as to EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS, USA and USAG. (td, ) (Entered: 08/13/2005) |
| 08/16/2005 | 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 8/15/2005., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS served on 8/15/2005, answer due 10/14/2005., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney on 8/15/2005.(lc, ) (Entered: 08/17/2005) |
| 09/12/2005 | 12 | First MOTION for Extension of Time to File Answer , *Move or Otherwise Respond to Plaintiff's Complaint* by EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS. (Attachments: # 1 Text of Proposed Order)(Russell, Beverly) (Entered: 09/12/2005) |

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER
        Plaintiff

v

The United States Dept. of
Justice, (EOUSA)/Criminal Division
                et.al.

Case No. 1:05CV01133

Judge: Colleen Kollar-Kotelly

[Judicial Notice/Motion for Service]

    Plaintiff files this Judicial Notice to this Honorable Court
to notify your Honor that, Civil Action 1:05CV01133 is titled
as following," **U.S. Dept of Justice,(EOUSA), Executive Office of
the United States Attorney's/ Criminal Division 600 E St N.W. Suite
7300 Washington D.C. 20530 (et., al.)."** Plaintiff notes, that within
this titled action, **The Office of Information and Privacy, United
States Department of Justice 570 Flag Building Washington D,C. 20530**
is ment to be included and a "SUMMONS'" served. see **pg. 6,7&8** of
plaintiff's civil action. **attachment.**

    Prayer to this Honorable court,. Plaintiff pray and respectfully
ask, that this Honorable court accept this Notice/Motion inconjunc-
tion with **"Notice to Clerk of Courts-For service of Summons"**, filed
June 27,2005. Which directed "Service" made on **The United States
Attorney's Office/Criminal Division**,600 E.St. Suite #7300 Washing-
ton D.C. 20530 **and the Office of the Attorney General** (Wash. D.C.)
950 Penn. Ave, N.W. Washington D.C. 20530-0001.
* Please excuse Plaintiff for not noting this earlier, Thank You in Advance

Vyron Wheeler 10989-007
U.S.P. Hazelton
Box 2000
Bruceton Mills W.V.
        26525
s/ Vyron Wheeler

## C E R T I F I C A T I O N

I Vyron Wheeler #10989-007 Plaintiff in this case, certify that I have mailed a True Original Copy of this **Judicial Notice/Motion,** to The United States District Court for the District of Columbia 333 Constitution Ave  att Clerk of Courts No. 7004 2510 0003 0398 7511 . this 6th day of July. To assure Service on all Defendants in this action.

The above is true under the penality of perjury.

Mr. Vyron Wheeler
Reg#10989-007
U.S.P.  Hazelton
Box 2000
Bruceton Mills WV.
          26525

S/ Vyron Wheeler

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Vyron Wheeler
       Plaintiff

              v

United States Dept
of Justice/ Criminal
Division (**EOUSA**)

Case No. *1:05CV01133*
**NOTICE FOR SERVICE**
**OF SUMMONS**

**NOTICE CLERK OF THE COURTS**

Hello, I write you as to the above case inwhich Iam a plaintiff.
On June 17,2005 **see enclosed receipt,** I motioned this Honorable
Court for several request inwhich, one was for service to be made
on defendants, "The United States Attorney's Office".

        This request did not specify but made reference the Criminal Div-
ision of the United States Attorney's Office as defendant.

        After research I have found that I need to make service on The
following:

                **The United States Attorney's Office/Criminal Division**
                (EOUSA) Washington D.C. DIVISIONᴴᴴ
                600 E. St N.W. #7300
                Washington DC. 20530
                **and the**


                **The Office of the Attorney General**
                950 Penn. Ave N.W.
                Washington D.C. 20530-0001
        I do believe that this is the Proper Service that need's to be
made in this action, as your office is asked to make appropriate
aservice by electronic means or United States Marshal;, or Mail Service.
pursuant to F.R.Cv.P. 4(1)(A)(B)(c)(2)(a),& Boubette v. Barnette 9237F2d 757
                                                        (9thCIR 1991)
Thanking You in Advance


Mr. Vyron Wheeler
10989-007
USP Hazelton
Bruceton Mills WV. 26525
Dated17 ,June,2005
I certify that a copy of this notice was mailed certified mail this27 day of June 05
to the clerk of the United States District Court Washington DC. certified No. 7004
2510 0003 0399 2201


Mr. Vyron Wheeler 10989-007



Notice
For Service
JUNE 28, 2002

Motion
For
Service

7/07/2005



Notion for Service
Dated 7/07/2005

IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Dear Clerk of the Courts

I write you as to the status of the serving of the Summons
in my case # 1:05CV01133_____. Please forward me a
copy of the docket entries in this case inwhich I have been
Granted I.F.P. status by the Honorable Court.

Thank You

Mr Vyron Wheeler
10989-007
U.S.P. Hazelton
Box 2000
Bruceton Mills WV.
        26525
Sept 2, 2005

CERTIFICATE OF SERVICE

    I Vyron Wheeler Plaintiff/Petitioner, certifies that
a True Original copy of the foregoing Letter for copy of
docket entry as to Service of Summons, was mailed via,
U.S. Certified ——— /Reciept Mail this 2nd day of Sept.
2005 to the United States District Court for the District
of Columbia 333 Constitution Ane., N.W. Washington D.C.
20001 Att. Clerk of the Courts.

The forwarded is true under the penalty of perjury per
the rules of this court.

                                    s/ _Vyron W Wheeler_
                                       Vyron Wheeler

Page 1

_____,"[that (EOUSA) had proviously denied plaintiff] they

would open a New Appeal. see Declaration of Richard L. Huff

see ex 7. ¶ 10 Special Note[EOUSA, notified plaintiff July 26, 04/Ex 4

he would receive part of his request in 9 months, Plaintiff has nothing.

On Nov. 15,04 Plaintiff filed a more "Specified FOIA Request"

to (EOUSA) see ex 8. This request "only" requested," the infor-

mation, records with dollar amounts of all witnesses, standby

witnesses, including expert witnesses, friends, relatives who

were paid with Government payment vouchers in plaintiffs case

F-1386-96. United States v Vyron Wheeler (plaintiff),this request

was made in Good Faith and Respect to all parties, the FOIA/PA Act's.

Plaintiff specifically requested on page ____ 3 ¶ 24 see exhibit 8 ,

that," If it should be determined that any material be deemed

"Confidential" due to identiy of source, the permission is

Granted to agency to "delete" "source"  identification "only"

from material for release. see Declaration of plaintiff ex 8 pg 3

and 4. see every F.O.I. request filed since April 24,04 pg 3&4.

On December 21,04 (EOUSA) assigned request no. 4-4515 to this

more specified request and labled it Third party (witness payments)

see ex 9. The office of (EOUSA) notified plaintiff that the records

sought are generally exempt from disclosure pursuant (b)(6) and (b)

(7)(C) of the FOIA §§552. see ex 9 ¶ 15.[ Further (EOUSA) informed

(D.DC 2005)

(4)

Plaintiff that,"We have not performed a search for records and you must not assume that records concerning third part exist." see ex 9 ¶18 , Declaration of Marie A. O'Rouke. This reply also directed plaintiff that he may appeal to the Office of Information Privacy see ex 9 pg. 2, inwhich plaintiff filed an Appeal to on January 28,2005 and this instant Civil Action FOIA/PA commences after nonproduction of documents sought in plaintiffs January 28, 2005 administrative appeal,

Plaintiff notes that his FOIA/PA request filed Nov. 15,04 (Inwhich this action commences from nonproduction of documents) was made to protect unwarranted invasion of privacy,to protect third party information and confidentiality of private persons.

This is the common goal of every statute cited by (EOUSA). Exemption (6) of the Privacy Act Unwarranted invasion. Exemption (b)(7)(c) and Third Party information all have one common Goal. to protect private personal information see ex 10 pg(1). Plaintiff noted in his request that he sought material pursuant 28CFR§16.45(a)," Disclosure of deleted material segrable portions which are exempt", may be disclosed. see Ex 10 pg 2 ¶ 8.

Further Plaintiff specifically respected the Privacy Acts Central provision 552a(d)(1) which is to gain access to agency records

(D.DC 2005)                        (5)