IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
United States District Court

UNITED STATES DISTRICT COURT FOR
WASHINGTON D.C.

Vyron Wheeler

v

The United States Department
of Justice et. al. ,"EOUSA"

Case No.
1:05cv01133
**Motion For Opposition
of Time**

### Motion in Opposition to Extension of Time

Comes now Plaintiff in the above case to oppose defendants request for extension of time. Plaintiff states that this is defendants <u>second</u> request for extension pursuant to Local Rule 7(m). The request basically states defendants have not provided their counsel documentation to compose their motion. Plaintiff has nothing to do with this delay which is not asked for good cause. Defendants are the attorney's who state, defendant agency has not provided the necessary background material....¶ 10 of attached complaint... Plaintiff reinstate that the defendants are using stall techniques to evade an answer and to prolong this litigation until a time which they may destroy the sought after records. Plaintiff recently requested for a <u>TRO</u> to be placed against the defendant agency, inwhich he has received no response from the court; plaintiff resubmitt that argument at this time. Plaintiff request that this court forward him

(1)

a copy of the local rules for the United States District Court for the District of Columbia due to these rules also govern procedure for Summary Judgment. see Joyce v US 795 F.Supp1,4, Bynum v Equitable Mortg. Group 2005 US Dist Lexis 6363 <u>foot note.</u>, Owens v Republic of Sudan 2005 US Dist Lexis 4912.

To place plaintiff on equal footing, this court needs to supply him with its Local Rules, the institution where plaintiff is housed does not contain these local rules. Plaintiff reinstates that there is a 10 year limitation as to the documents which he seeks from defendant, and without a <u>TRO</u> these documents will be subjected to destruction or alteration. Defendants have not produced nor attempt to produce the sought after material and have failed to respond to complaint inviolation of the Rules of Federal Procedure and maybe the Local Rules of Procedure. Plaintiff ask this Honorable Court to enter a default judgment in this case and rule on plaintiffs motion(s) that are before them. see <u>United States of America for Bricks, Block & Concrete Co., INC., Plaintiff, v. Frontier Insurance Co., ET AL.,</u> 1999 U.S. Dist. Lexis 23026 (Oct 28,1999)

**Defendant Pray that this court Grants this motion.**

Mr. Vyron Wheeler

#10989-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills WV
      26525
Oct 19, 2005

(2)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys ("EOUSA"), by and through its undersigned attorneys, respectfully moves for an extension of time up to and including November 4, 2005 to answer, move or otherwise respond to Plaintiff's Complaint. This is Defendant's second motion for an extension for this purpose. Because Plaintiff is incarcerated, the undersigned counsel has not attempted to contact Plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m). Defendant's reason for seeking the relief requested herein is set forth below.

As of today, October 12, the defendant agency has not provided the necessary background materials to the undersigned counsel to support the EOUSA's response to Plaintiff's complaint, and requires an additional period to do so. The undersigned attorney assigned this matter is unable to provide a response to Plaintiff's complaint without such materials. Accordingly, Defendant is seeking a second extension up to and

including November 4, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492