UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys ("EOUSA"), by and through its undersigned attorneys, respectfully moves for an extension of time up to and including November 28, 2005 to answer, move or otherwise respond to Plaintiff's Complaint. The current deadline is today, November 4. This is Defendant's third motion for an extension for this purpose. Because Plaintiff is incarcerated, the undersigned counsel has not attempted to contact Plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m). Defendant's reason for seeking the relief requested herein is set forth below.

As of today, November 4, the defendant agency has not provided the necessary background materials to the undersigned counsel to support the EOUSA's response to Plaintiff's complaint, and requires an additional period to do so. The undersigned attorney assigned this matter is unable to provide a response to Plaintiff's complaint

without such materials.  Accordingly, Defendant is seeking an extension up to and including November 28, 2005 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /dch
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Third Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>4th</u> day of November, 2005 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney