UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF U.S.<br>ATTORNEYS,<br><br>    Defendant. | Civil Action No. 05–1133 (CKK) |

ORDER
(November 17, 2005)

Plaintiff Vyron Wheeler's [15] Motion to Effectuate Service was mailed by Plaintiff on September 27, 2005 and filed with the Court on October 13, 2005. In his Motion, Plaintiff asks the Court to direct and effectuate service on the Office of Information and Privacy. The Office of Information and Privacy is part of the U.S. Department of Justice, which was named in Plaintiff's Complaint as a Defendant. The Department of Justice has already been served in this case, and the Office of Information and Privacy need not be served separately from the Department of Justice.

Accordingly, it is this 17th day of November, 2005, hereby

ORDERED that Plaintiff's [15] Motion to Effectuate Service is DENIED AS MOOT;

ORDERED that the Clerk's Office will mail a copy of this Order, to the following: Plaintiff Mr. Vyron Wheeler, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

              /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge