UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
|       Plaintiff ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
|       Defendant. ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), defendant hereby submits the following statement of material facts as to which there is no genuine dispute.

1. By letter dated April 24, 2004, plaintiff submitted his FOIA request for all records relating to him, and by letter dated July 21, 2004, renewed his request. Luczynski Decl. ¶¶ 4 and 5, and Ex. A and B.

2. On July 26, 2004, the Executive Office of United States Attorneys ("EOUSA") responded to plaintiff's request. Id. ¶ 6 and Ex. 6. EOUSA's response letter notified plaintiff of the receipt of his FOIA request and that it has been assigned a FOIA number. Id. On September 16, 2004, as a response to plaintiff's renewed inquiry, EOUSA notified plaintiff that his request would be handled on a first-in-first-out basis. Id. ¶ 7.

3.   On or around November 15, 2004, plaintiff submitted another request for witnesses' payment vouchers associated with his criminal trial. Id. ¶ 10 and Ex. G.

4.   On December 21, 2004, in response to this request, EOUSA notified plaintiff that he requested records containing third party information which generally cannot be released without express authorization and consent of the third party. Id. and Ex. H.  In the alternative, plaintiff was informed that he could receive the records if he provided proof that the subject was deceased or demonstrated that the public interest in disclosure was greater than the privacy interest.  Id.

5.   On February 1, 2005, Plaintiff filed an administrative appeal with OIP related to his November 15, 2005 request.  Id. and Ex. I.

6.   OIP sent a letter to plaintiff dated February 14, 2005, informing him that his appeal had been received but due to a backlog had not been reviewed. Id. ¶ 13 and Ex. J.

7.   By letter dated October 24, 2005, plaintiff was informed by OIP that since subsequent to filing his appeal, but before receiving a response, plaintiff filed a complaint for judicial review, any further action by the OIP would be inappropriate and that his appeal file is closed. Id. ¶ 14 and Ex. K.

Date: November 28, 2005				Respectfully Submitted,


						/s/ Kenneth L. Wainstein /kvm
						_____
						KENNETH L. WAINSTEIN, DC BAR # 451058
						United States Attorney


						/s/ R. Craig Lawrence
						_____
						R. CRAIG LAWRENCE, D.C. BAR # 171538
						Assistant United States Attorney


						/s/ Beverly M. Russell
						_____
						BEVERLY M. RUSSELL, D.C. Bar #454257
						Assistant United States Attorney
						U.S. Attorney's Office for the
						 District of Columbia, Civil Division
						555 4th Street, N.W., Rm. E-4915
						Washington, D.C.  20530
						Ph:  (202) 307-0492

3