UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VYRON WHEELER,                          )
                                        )
        Plaintiff                       )
                                        )
    v.                                  ) Civil Action No. 05-1133(CKK)
                                        )
EXECUTIVE OFFICE OF U.S. ATTORNEYS,     )
                                        )
        Defendant.                      )
_____)
```

**ORDER**

This matter is before the Court on ***Defendant's Motion for Summary Judgment***. Upon consideration of Defendant's motion, any opposition thereto, and the entire record herein, it is this _____ day of _____, 200__,

ORDERED that Defendant's motion should be and hereby is GRANTED and Plaintiff's Complaint is dismissed with prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C. 20530