IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| VYRON WHEELER Plaintiff V THE UNITED STATES DEP'T OF JUSTICE., ET. AL. Defendants | CASE NO. 1:05-CV-01133 (CKK) Motion for Default and Waiver to Answer Fed. R. Civ. P 55(b)(2) |
|---|---|

MOTION FOR DEFAULT AND WAIVER TO ANSWER

COMES NOW PLAINTIFF **Vyron Wheeler**, pursuant to the above Rules of Procedure, to petition this Honorable Court for a Motion for Default and Waiver to Answer, pursuant to rules and reasons set forth in this motion inwhich this Honorable Court Advised and Ordered-Defendants to file a answer to Plaintiff's complaint November 2005. Defendants have refued to respond and continue to defy this HOnorable Court-which can only be viewed as Bad Faith.

PLAINTIFFS, grounds for relief are as follow's:

1). Defendant's have refused to Search for or acknowledge the existence of payment's made to witnesses in this case.

2). Defendant's promised part of Plaintiff's request over (2) years ago and have not provided anything.

3). Defendant's continue to use **evasive/delay** techniques to evade an answer. To prove their burder of non-disclosure and exemption's cited for non-disclos-use.

4). Defendants continue to **Defy** the court's advice to answer Plaintiff.

For the above and any other reason's this court deem's proper

- 1 -

Plaintiff finds and pray's Judgment by Default be entered in this case for Plaintiff and Waiver of Defendants to answer.

This request is made <u>In the Fairness of Judicial Integrity</u>, pursuant to the RULES of this circuit and Fed. Procedure.

The forwarded is True under the penality of perjury. Plaintiff ask the Clerk to please make any additional needed copies. Plaintiff submitt (2) copies to this office with proof of service certified No. <u>7005 2570 0001 2589 8003</u> which was sent to defendants. Plaintiff

Defendants <u>7005 2570 0001 2589 7990</u>

*Vyron Wheeler*
Vyron Wheeler
10989 007
USP Hazelton
Box 2000
Bruceton Mills WV 26525
Dec 7, 2005

I, __PLaintiff Vyron Wheeler__ hereby certify that I have served a true and correct copy of the following:

1). Motion for Default and Waiver to Answer, 2). Notice of Hearing for Motion, 3). Order, and 4). Judicial Notice

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, _Houston v. Lack_ 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

The Clerk of The United States Distrct Court Washigton D.C. 20001
and
The United States Attorney's Office 555 Fourth St. Rm E-4915, Wash D.C. 20530. Att. Berverly M. Russell United States Attorney.,

and deposited same in the United States Postal Mail at the United States Penitentiary, Hazelton West VA on this: __7th__ day of __December__, 2005

Mr. Vyron Wheeler #10989-007
(PRO SE)
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills WV. 26525

**Declaration under penalty of perjury:**

I, __Vyron Wheeler#10989-007__, **hereby declare that the above** information is true and correct to the best of my knowledge. (28USC §1746;18USC§1621.)

Date: __December 7th, 2005__

_(signature)_
Singature of Affiant

VYRON WHEELER #10989-007 (PRO SE)

      Plaintiff/Appellant

v                                                       CASE NO.

THE UNITED STATES DEPARTMENT OF       1: 05-1133(CKK)
JUSTICE ET. AL. "EOUSA"

      Defendant/Appellee

## NOTICE OF MOTION FOR HEARING ON DEFAULT JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Take notice that on ___Dec 7, 2005___ (date), at _____ (Time). In Courtroom No. _____ of the Courthouse for the ___DISTRICT OF COLUMBIA WASHINGTON D.C.___ (, ___CIVIL COURT___ Division), which is located at ___333 CONSTITUTION AVE., N.W.___ ___(street address), WASHINGTON___ (city, state), ___DISTRICT OF COLUMBIA 20001___, will move this Honorable Court for a Entry of a default as more particularly set put in the attached motion.

This notice is given pursuant to the provision of Rule 5 and 55(B)(2) of the Local and Federal Rules of Civil Procedure and/or criminal.

Date: Dec 7, 2005                               Respectfully Submitted

                                                                        _Vyron Wheeler_
                                                                       (NAME AND ADDRESS)
                                                                       Vyron Wheeler 10989007
                                                                       BSP Hazelton
                                                                       P.O. Box 2000
                                                                       Bruceton Mills WV 26525

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER

    Plaintiff

v                                                       CASE NO.

THE UNITED STATES DEP'T OF            1: 05-1133(CKK)
JUSTICE., "EOUSA" et. al.

    Defendant

_____

### ORDER

**UPON CONSIDERATION** of defendants failure to answer Plaintiffs **CIVIL ACTION** in the above mentioned cited case. Defendants have **Defaulted** to answer. by **Order** of this court, it is by this court,

**ORDERED** that Defendants are held in **Default** and have **Waived** a response in the above action for failure to answer, move or otherwise respond to plaintiff's Complaint.

SO ORDERED,

Defendant's **SHALL**, release "**ALL**" said document's requested by Plaintiff without cost to plaintiff.

**ORDERED**, Defendants SHALL return cost, of this action and all **cost** of expenses incurred by plaintiff in this action as specified by receipt and documentation or otherwise by plaintiff.

DATE _____                UNITED STATES DISTRICT COURT JUDGE
TO: VYRON WHEELER 10989-007         BERVERLY M. RUSSELL
    U.S.P HAZELTON                        U.S. ATT. OFFICE FOR D.C.
    P.O. BOX 2000                         CIVIL DIVISION, 555 FOURTH ST.N.W.
    BRUCETON MILLS WV. 26525          RM. E-4915, WASH. D.C. 20530