IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER

    PLAINTIFF

V

THE UNITED STATES DEPT ...
OF JUSTICE ET. AL.

    DEFENDANTS

CASE NO.
1:05CV01133---CKK

<u>JUDICIAL NOTICE OF CLERICAL ERROR</u>

    Plaintiff notifies this Honorable Court, of a clerical error that has ocurred with his pleading. Plaintiff filed with this court a Motion for the Appointment of Counsel-A Second time- on December 4, 2005. In this motion Plaintiff <u>mistakenly</u> cited Title 18 U,S.C. 2251-which is a wrong statute-and has nothing to do with his request. This was due to Plaintiff's rushing to file. Plaintiff ment to put 28 U.S.C.§2251 which as he further review is still not the appropriate statute.

    While noting this error, Plaintiff respectfully wishe's to replace this statute with 28 U.S.C.§1915(e)(1), which is a more appropriate statute for the purpose of the Appointment of Counsel. Plaintiff respectfully ask this court to respect this mistake and pray for the Appointment of Counsel. Thank You...This statute has <u>nothing</u> to do with Plaintiff criminal case no. 97-CF-1150 see. **832 A.2d 1271 (DC2003).**, or Civil Action.

Mr. Vyron Wheeler
#10989-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton MIlls WV.
    26525

**The forwarded is true under the penalty of perjury.**

s/ *Vyron Wheeler*
Dec 7th 2005