IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER
    **PLAINTIFF** /Petitioner

V

THE UNITED STATES DEP'T OF
JUSTICE et. al
    **DEFENDANT**

CASE
1: 05-CV-0113 1133 CKK

## MOTION TO ENFORCE JUDGMENT ORDER

    Plaintiff Vyron Wheeler, comes in the above civil case to enforce this courts ORDER Issued, November 2005. This court ORDERED Defendants to respond to Plaintiff's complaint. Defendants have refues to answer and Plaintiff ask this court to enforce Itt's language which stated, " If Defendants do not comply with the ORDER of the court, the court will order Defendants to turn over "ALL" documents to Plaintiff.

## SUPPORTING LAW

    The F.O.I.A. Imposes no limitation on court's equitable powers In enforcing it's terms. Renegotiation Bd. v. Bannercraft Clothing, 415 US 1, 19-20, 39 L.ed2d 123 (1974). Congress did not intend for...[a]ny [a]gency, to use the F.O.I.A. offensively to hinder the release of non-exempt documents. Petitioner has fully complied with the administritive scheme of the F.O.I.A./ P.A. Defendants have abused this scheme that has forced, Petitioner to bring this lawsuit to obtain release of the documents ... These unreasonable delays in disclosing non-exempt documents and defendants inability to prove, their burden of proof as to the

-1-

exemptions used to deny plaintiffs reguest, violates the in= == herent purpose and intent of the F.O.I.A., and this court has the power to prevent these abuses.

In it's decision making, the District Court [s]hould also consider the propriety of injunctive relief. Circuits strongly favor resolution of disputes on the merits, and because "It would seem inherently unfair" to use the courts power to enter judgment as a penalty for filing delays, this court should take action reguested by plaintiff, "only, where the adversary process has been halted because of an essentially unresponsive party's action [,as] the diligent party [m]ust be protected "lest" he be faced with interminable delay and continued uncertainty as to his "Rights'". <u>Livermore Corp v Aktiengsellschaft Gebruder Loepfe</u>, 139 US App D.C. 256, 432 F.2d 689,691 (DC CIR 1970)).

Plaintiff notes that "all" courts have certain implied guaranties that litigants are expected to rely on. Plaintiff accepts these guaranties respectfully and prays for relief sought.

The above is true and correct under the penalty of perjury.

Respectfully Submitted

Mr. Vyron Wheeler
10989-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills WV.
26525

Plaintiff certifies that a true original copy of this motion to enforce Order was mailed via., U.S. Certified Mail this 14 day of December 2005 to the United States District Court Washington D.C. 333 Constitution AVE., Att. Clerk of the Courts. Plaintiff PRAYS that the clerk will make [a]ny copies and forward them to DEFENDANTS if necessary, pursuant to the rules of this circuit. Thank You.

s/ Vyron Wheeler