UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,              )
                            )
       Plaintiff            )
                            )
   v.                       ) Civil Action No. 05-1133(CKK)
                            )
EXECUTIVE OFFICE OF U.S. ATTORNEYS, )
                            )
       Defendant.           )
_____)

DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION TO ENFORCE JUDGMENT ORDER

On December 21, 2005, plaintiff filed a Motion to Enforce Judgment Order requesting that the Court enforce its November 9, 2005 Order granting defendant's third motion for enlargement of time. In its November 9 Order, the Court stated that defendant shall either respond to plaintiff's complaint or produce the documents which are the subject of plaintiff's Freedom of Information Act request and this suit by November 28, 2005. Defendant complied with the Court's Order by filing a Motion for Summary Judgment as its response to plaintiff's complaint on November 28, 2005. Given defendant's timely filing of its dispositive motion, plaintiff's Motion to Enforce Judgment Order is without merit and should be denied. A proposed Order consistent with the relief requested herein is attached.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /dch
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /dch
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
  District of Columbia
555 4th Street, N.W., Suite E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of **Defendant's Memorandum in Opposition to Plaintiff's Motion to Enforce Judgment Order** was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>4th</u> day of January, 2006 to:

```
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525
```

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney