**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VYRON WHEELER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-1133(CKK) |
| | ) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Order

Upon consideration of Plaintiff's Motion to Enforce Judgment Order, Defendant's Opposition thereto, and any Reply, it is this _____ day of _____, 2006

ORDERED,

That Plaintiff's Motion to Enforce Judgment Order is hereby DENIED.

Copies of this order to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530