UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF U.S. ATTORNEYS,<br><br>    Defendant. | Civil Action No. 05-1133 (CKK) |

**ORDER**
(January 6, 2006)

Presently pending before the Court are Plaintiff's [21] Motion for Default and Waiver to Answer, filed on December 12, 2005, and Plaintiff's [24] Motion to Enforce Judgment Order, filed on December 21, 2005.

In both of Plaintiff's motions, Plaintiff contends that Defendant has not followed the Court's minute order of November 9, 2005, requiring Defendant to respond to Plaintiff's complaint by November 28, 2005. However, according to the docket, Defendant filed [19] Defendant's Motion for Summary Judgment on November 28, 2005. Defendant therefore did respond to Plaintiff's complaint by the date ordered by the Court. Defendant exercised the option of filing a motion for summary judgment in response to Plaintiff's complaint rather than an answer. *See* Fed. R. Civ. P. 12(b) ("Every defense, in law or fact, to a claim for relief in any pleading . . . shall be asserted in the responsive pleading thereto if one is required, except that the following defenses may at the option of the pleader be made by motion: . . . (6) failure to state a claim upon which relief can be granted . . . .").

Accordingly, it is this 6th day of January, 2006, hereby

ORDERED that Plaintiff's [21] Motion for Default and Waiver to Answer, and Plaintiff's [24] Motion to Enforce Judgment Order are both DENIED;

ORDERED that the Clerk of this Court shall send a copy of this Order to the following address: Mr. Vyron Wheeler, #10989-007, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

                                          /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge