UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-1133(CKK) |
| | ) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF RE-SERVICE**
**OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF**

On November 28, 2005, Defendant filed its Motion for Summary Judgment and

served a copy of the motion on Plaintiff.  On January 9, 2006, Plaintiff filed a response to

Defendant's opposition to Plaintiff's motion for default and waiver to answer.  In his

January 9 response, Plaintiff alleged that he had not received Defendant's November 28,

2005 motion.  Given Plaintiff's representation, Defendant is re-serving its Motion for

Summary Judgment on Plaintiff, today, January 12, 2006.

Respectfully Submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Notice of Re-service of*

*Defendant's Motion for Summary Judgment on Plaintiff* and *Defendant's Motion for*

*Summary Judgment* were made by first class, postage prepaid mail, this <u>12th</u> day of

January 2006 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney