UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VYRON WHEELER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1133(CKK) |
| | ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant,

Department of Justice, Executive Office of U.S. Attorneys ("EOUSA"), by and through

its undersigned attorneys, respectfully moves for an extension of time up to and including

February 24, 2006 to file its opposition memorandum or other response to plaintiff's

motion for summary judgment.  The current deadline is Thursday, January 26, 2006.  This

is defendant's first motion for an extension for this purpose.  Defendant anticipates that,

on February 24, it will also respond to plaintiff's opposition to defendant's motion for

summary judgment if one is filed by plaintiff on or around February 6, 2006, the current

deadline set by the Court for plaintiff to file his opposition memorandum.  Because

plaintiff is incarcerated, the undersigned counsel has not attempted to contact plaintiff

regarding his position on this nondispositive motion pursuant to Local Rule 7(m).

Defendant's reason for seeking the relief requested herein is set forth below.

The Agency anticipates providing the undersigned counsel assigned this matter a declaration to be filed with defendant's opposition memorandum by the end of this week. Additionally, given plaintiff's tendency to respond to defendant's filings, including motions for enlargement, it is likely that plaintiff will respond to defendant's motion for summary judgment by or around the current deadline set by the Court for him to do so. Accordingly, for purposes of efficient disposition of this suit, defendant proposes filing one memorandum to include both its opposition to plaintiff's motion for summary judgment and its reply to plaintiff's anticipated opposition to defendant's motion for summary judgment.

Thus, because of the current deadline for plaintiff to file his opposition memorandum (i.e., to February 6) and because defendant anticipates filing a memorandum consolidating its reply and opposition (including a declaration anticipated to be provided by the Agency by the end of this week), defendant respectfully moves for an enlargement to February 24, 2006 to file its opposition or other response to plaintiff's motion for summary judgment and, anticipating that plaintiff will file its opposition memorandum to defendant's motion for summary judgment on or around February 6, also requests that the deadline on which it must file its reply be set to February 24 as well.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ R. Craig Lawrence /bmr
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's First Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>23rd</u> day of January, 2006 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney