UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER,           )<br>                                         )<br>         Plaintiff              )<br>                                         )<br>     v.                                )<br>                                         )<br>EXECUTIVE OFFICE OF U.S. ATTORNEYS,   )<br>                                         )<br>         Defendant.         )<br>_____) | Civil Action No. 05-1133(CKK) |

**ORDER**

UPON CONSIDERATION of ***Defendant's First Motion for Enlargement of Time to Respond to Plaintiff's Motion for Summary Judgment,*** any opposition thereto, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including February 24, 2006 to respond to Plaintiff's Motion for Summary Judgment and to file its reply to any opposition memorandum or other response filed by Plaintiff in response to Defendant's Motion for Summary Judgment, if one is served by February 10, 2006.

SO ORDERED.

_____          _____
DATE                                             UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530