IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER, #10989-007                CIVIL ACTION NO.: CV-05-1133(CKK)
       Plaintiff,                           05-1133(CKK)

v                                        CIVIL RIGHTS COMPLAINT
                                      Pursuant 42USC§1982/ F.O.I.A.
EOUSA, Dept of Justice, et. al
       Defendands,                          TRO

Temporary Restraining Order
Preliminary Injunction

    Comes now, Vyron Wheeler in pro se for a Temporary Restraining Order Preliminary Injunction pursuant to Federal Rules of Civil Procedure, Rule 65(a)(b)(1), and states the reason:

    Plaintiff request this court Grant him a Temporary Restraining Order (TRO) and or Peliminary Injunction directing to all defendants named and unnamed, to cease and desist from their policy/pratice of harassing pro se prisoner litigants by interfering with my mail.

    Further, that the Federal Bureau of Prisons/Dep't of Justice, be restrained in the furture from "Detaining","Interfering" & "Holding-Up", out of plaintiffs presence, his LEGAL documents in violation of his Constitutional Rights, as has been the practice of the United States Bureau of Prison, and the other staff here at U.S.P. Hazelton in particular.

    A litigant may be granted a (TRO) by the Federal Court upon a showing that the plaintiff is in danger or under threats herein for immediate and irreparable injury, that the adverse party

-1-

will not be substantially harmed if a (TRO) is granted, and the (TRO) is consistent with public interest, and that plaintiff has a strong likelihood of success in the lawsuit, Murphy v Society of Real Estate Appraisers, 388 F.Supp. 1046. F.R.Cv.P. 65, 28 U.S.C.A.

### Irreparable Injury/Harm

On November 28, 2005, the defendants attorney;s, The United States Attorney's Office, filed a Motion for Summary Judgment, with this court and forwarded plaintiff a copy in Civil Case No. 05-1133(CKK). Plaintiff never received a copy and filed a Motion for Default and Waiver to Answer against defendants on Dec 07, 05. Plaintiff received a Opposition from defendants on Dec 27, 05 informing him that they had filed a Summary Judgment Motion on Nov. 28, 2005 and that he was defaulted. Upon receival of this motion plaintiff informed F.B.O.P. mailroom Supervison that he had not received his LEGAL mail. The supervison conducted a search and informed plaintiff that no legal mail had been logged in for the dates he inquired. see ex 1 .

On January 4th, 2006, plaintiff filed a," Opposition to Defendants Opposision for Default and Waiver to answer, informing defendant's and court that he had received no motion.

On January 06, 2006, this Honorable court notified plaintiff that they had received defendants Summary Judgment Motion and plaintiff had unite February 5, 2006 to answer of he would be defaulted and his Complaint dismissed. Plaintiff immediatly filed a declaration stating he had not received defendants

-2-

Summary Judgment Motion, a Motion for Summary Judgment, and a rule 6(b) motion for Excusable Neglect and Production of Summary Judgment to be sent to him this was done on January 12, 2005.

On January 13, 2006, during mail call, plaintiff was given a "Official B.O.P." "Envelope". Inside this "Official Envelope" was a envelope from the U.S. Department of Justice, United States Attorney's Office District of Columbia, which contained defendants Motion for Summary Judgment. The B.O.P. staff has held my LEGAl mail for _47_ day's without cause. I have not been anywhere but here, in prison. see ex 2&3 which show's the torn-up, dry rotten envelope.

This has caused unreasonable delay and interference with my Legal court proceeding. F.B.O.P. staff has not offered any explaination for this action which was illegal and done out of the my presence, without regard of my Constitutional Rights. This amounts to retalitatory treatment and Federal Official's interference with my due process. <u>Caine v Lane</u>, 857 F2d 1139 (7th CIR).

I need this court to issue some kind of Order to help me with this kind of interference. Thank You in Advance
I Vyron Wheeler declare the forwarded is True and Accurate ubnder 28 USC1746.

COUNTY OF: _____

IN THE CITY: _____

STATE: _____

DATE: _____

TIME: _____

Vyron Wheeler
10989-007
U.S.P. Hazelton
B.O.X. 2000
Bruceton Mills WV.
26525
January 17th 2006

-3-

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER
    Plaintiff,

v

THE "EOUSA", ET AL.
    Defendant,

CIVIL CASE NO.
05-1133(CKK)

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Vyron Wheeler declare under the penalty of perjury:

1). I am the plaintiff in this case. I make this declaration in support of my motion for a Temporary Restraining Order and a Preliminary Injunction, to ensure that I receive fair and proper exercise of my First, Fifth, and Fourteenth Amendments, and the Privileges and Immunities Clause of Article IV of the Constitution as the bases of this right. see Murray v Giarratano, 492 US 1, 11 n.6 (1989)

2)). The stated above rights, are to insure, proper access to the courts without interference by "The Department of Justice." The Supreme Court stated, prisoners have a constitutional right to access the courts in Bounds v Smith, 430 US 817, 821 (1977).

3). As set forth in the complaint in this case: On Nov. 28, 2005, the defendants attorneys, the United States Attorneys Office, filed a Motion for Summary Judgment, with this Court and forwarded plaintiff a copy in Case No. 05-1133(CKK).

-1-

4). Plaintiff did not receive a copy of this motion, until, January 13, 2006- (47)-day's after is was mailed.

5). Plaintiff filed a motion for Default against defendants on Dec. 07, 2005 and several other unnecessary motion's, due to this unjustified delay which is set forth in this injunction.

6). Plaintiff did not even know defendants had filed any Summary Judgment Motion, until defendants responded to his Default Motion of Dec. 27, 2005.

7). Now, Plaintiff inquired with U.S.P. Hazelton Mail Room Staff on 1-03-06 who informed plaintiff," they looked and could find no mail". In which plaintiff filed with his response to Defendants Opposition Motion of January 4, 06.

8). Jan. 06, 06, this Honorable Court, notified plaintiff that he had unitl February 05, 06 to respond to defendants Summary Judgment Motion, or he would be defaulted.

9). Plaintiff, immediatly filed his own Summary Judgment Motion [Which he had prepared in advance], a Motion for Excusable Neglect 6(b) Motion and Production of Plaintiffs Summary Judgment to be sent him.

10). Then, on Janurary 13, 2006, during " Mail Call", plaintiff was given a "Official B.O.P.""Envelope" inside was another envelope from the United States Attorney's Office that contained the Motion for Summary Judgment. Plaintiff immediatly asked the unit officer to sign and date the envelope,

-2-

inwhich plaintiff sends as exhibit <u>1-3</u>, with this Declaration and Motion, and Support Memorandum. Plaintiff specifically notes that the envelope and motion were torn-up, and no explaination was given for such action, by "The Department of Justice".

11). As noted, (47), day's had passed between the time the motion was sent from the United States Attorney's Office, to the time plaintiff received the LEGAL Mail.. There was no justification for this action but to complicate plaintiff's civil case. I state this action in support of my claim that the "<u>Department of Justice has acted arbitrary and capricious.</u>"

12). ~~I believe this~~ action amounts to retalitatory treatment and Federal Officials interference with my due process.

13). I believe that, together, the "EOUSA", F.B.O.P. in conjunction with the United States Attorney General, have the responsibility for providing inmates with necessary access to the courts and Due Process of Law/ Equal Protection.

14). For the reasons set forth in the Memorandum of Law filed with this Motion, plaintiff is entitled to a Trmporary Restraining Order requiring the defendants to "arrange" uninhibited access to the court and receiving of LEGAL MAIL from the courts, and a Preliminiary Injunction requires the defndants to carry out this plain immediatly, with the B.O.P. Department of Justice at U.S.P. Hazelton, ~~Warden Haynes~~.

15). For the foregoing reasons, the court should GRANT the plaintiff's motion in all respects.

-3-

Pursuant to 28 U.S.C. § 1746, I declare under the penalit of perjury that the forwarded is true and correct.

Vyron Wheeler 10989-007

January 17, 2005

U.S.P. Hazelton

Box 2000

Bruceton Mills WV. 26525

s/ _Vyron Wheeler_

05-1133 (CKK)

# Certificate of Service

I Plaintiff certify that True Original Copie's of Motion/Brief for (TRO) Declaration and Memorandum of Law for said (TRO), were mailed First Class U.S. Mail to The United States District Court 333 Constitution Ave NW Washington DC 20001 Att Clerk of Court, to make and provide any necessary copies and Judicial Notice of pg (22) of my Summary Judgment Motion, which is Signed by Plaintiff to be Applied with equal force to Plaintiff's Summary Judgment mailed to this Court on January 13, 2006 and the said motions are mailed this 17th day of 2006 to Defendants Attorney's U.S. Attorney's Office 555 4th St N.W. Rm E-4915 Washington DC 20530.

The above is true under 28 USC 1746

Vyron Wheeler
10989-007
USP Hazelton
P.O. Box 2000
Bruceton Mills WV
26525

S/ Vyron Wheeler