IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*Let it be filed*
*Judge CKollar-Kelly*
*1/31/06*

VYRON WHEELER
    PLAINTIFF

V

THE UNITED STATES
    DEFENDANT

CIVIL ACTION
05-1133(CKK)

Motion for Production of Summary Judgment & Extension of Time to Respond/ Rule 6(b)6 Excusable Neglect

---

    Plaintiff NOTIFIES this court for a second time, that he has never received a MOTION for SUMMARY JUDGMENT MOTION from Defendants. The court has notified Plaintiff that a copy of this motion was received in their docket and Plaintiff has until February 5th, 2006 to respond. The Plaintiff thanks this Honorable Court for this consideration [b]ut states that he has not received a motion to respond to. Plaintiff has specifically stated his circumstances in his response to defendants opposition motion ofor default and waiver to answer filed Jan 4, 2006 inwhich he attached a varification from F.B.O.P. MailRoom staff stating,"No record of any Legal Mail". Plaintiff request the motion and time to respond to it.

    Plaintiff does not dispute that Defendants sent a motion to someone, but he never received one. It would not be in the Intrest of Justice to require Plaintiff to respond to a motion he has never received, so Plaintiff request this Honorable Court or Defendant to send him a "Original" copy of the Summary Judgment filed with the court inwhich he will "Gladly" respond to Thanking you in advance.

Vyron Wheeler 10989-007
U.S.P. Hazelton
P.O. Box 2000
Bruceton Mills WV. 26525

INMATE REQUEST TO STAFF MEMBER

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| U.S.P. Mail Room Officer/Sup | January 3, 2006 |
| FROM: Vyron Wheeler | REGISTER NO.: 10989-007 |
| WORK ASSIGNMENT: Education | UNIT: F2-221 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to know if any legal mail arrived for me A U.S.P Hazelton Mail Room between November 21, 2005 -thru- December 25, 2005

If so please provide me a copy of the Legal Mail Log.

Thank You in Advance

(Do not write below this line)

DISPOSITION:

I looked through the entire months of November and December 2005, no record of you receiving any legal/special mail.

| Signature Staff Member: D. M____ | Date: 1-3-06 |
|---|---|

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER
    Plaintiff

v

EOUSA Dept of Justice
    Defendant

CASE NO.

05-1133(CKK)

Dated Jan. 12, 2005

West Virginia

## DECLARATION AS TO MOTION ENCLOSED

1). I Plaintiff Vyron Wheeler, hereby state under the penality of perjury that, I have not received [a]ny motion for Summary Judgment from defendants,"EOUSA".

2). I Plaintiff Vyron Wheeler, hereby state under the penality of perjury that, I file the enclosed " SUMMARY JUDGMENT MOTION " as a Motion for Summary Judgment "ONLY", and **not** as a response to defendants Summary Judgment. ( This is now "clearly states" to avoid all confusion as to the forwarded motion for Summary Judgment).

3). The enclosed motion does not address presented in defendants Summary Judgment because Plaintiff **has not** received a copy of defendants motion inwhich Plaintiff request in his "Motion for Production of Summary Judgment & Extension of Time to Respond" that this Honorable Court or defendant forward Plaintiff a copy.

**The intent of this declaration has been clearly states and is True and Accurate Under the Penality of Perjury, pursuant 28 USC § 1746.**

s/ Vyron Wheeler
Vyron Wheeler 10989-007
USP Hazelton/ Box 2000
Bruceton Mills WV. 26525