**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

VYRON WHEELER,                            )
                                          )
       Plaintiff                         )
                                          )
  v.                                      ) Civil Action No. 05-1133(CKK)
                                          )
EXECUTIVE OFFICE OF U.S. ATTORNEYS,        )
                                          )
       Defendant.                        )
_____)

**ORDER**

This matter is before the Court on the Parties' Cross-Motions for Summary Judgment, Oppositions, and Replies. Upon consideration of the motions, the oppositions thereto, and any replies, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's motion, construed as a Partial Motion for Summary Judgment, should be and hereby is GRANTED and that Plaintiff's claim pursuant to the Freedom of Information Act, 5 U.S.C. § 552, for records related to third party witness payment vouchers is dismissed with prejudice; and it is further

ORDERED that Defendant shall have up to and including sixty days from the date of this Order to produce to Plaintiff non-exempt records responsive to Plaintiff's FOIA request for information related to himself.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE