## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**VYRON WHEELER**

       Plaintiff(s),

       vs.                  Civil Case No: **05-1133 CKK**

**THE "EOUSA" DEPARTMENT OF JUSTICE, et al.,**

       Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibit to *Plaintiff's Response (motion) in support of plaintiff's summary judgment* has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                              **NANCY MAYER-WHITTINGTON**

                              Clerk

**Date:** 3/15/06