UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,                              )
                                            )
       Plaintiff                            )
                                            )
  v.                                        ) Civil Action No. 05-1133(CKK)
                                            )
EXECUTIVE OFFICE FOR U.S. ATTORNEYS,         )
                                            )
       Defendant.                           )
_____  )

**ORDER**

This matter is before the Court on "Plaintiff's Motion in Support of Plaintiff's Motion Summary Judgment and Motion to Support Payment of Other Litigation Cost of Judgment."

Upon consideration of this motion, Defendant's opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Plaintiff's motion, and the relief requested therein, should be and hereby is DENIED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530