UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,

   Plaintiff,

    v.

EXECUTIVE OFFICE OF U.S. ATTORNEYS,

   Defendants.

Civil Action No. 05–1133 (CKK)

**ORDER**
(September 18, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 18th day of September, 2006, hereby

ORDERED that Defendant's [19] Motion for Summary Judgment is DENIED WITHOUT PREJUDICE; it is also

ORDERED that Plaintiff's [35] Motion for Summary Judgment is HELD IN ABEYANCE; it is also

ORDERED that Defendant shall file a brief and accompanying affidavit(s) by October 6, 2006, addressing why a "Glomar" response was an adequate response to Plaintiff's request for witness voucher documents with third-party information such as names, addresses, and other identifying information redacted from such payment statements. Furthermore, Defendant shall include discussion in its brief as to why Plaintiff's request for the aforementioned information coupled with Defendant's duty to segregate exempt from non-exempt agency materials does not

require disclosure of the requested information as beyond the scope of 5 U.S.C. § 552(b)(6) and (b)(7)(C). Plaintiff must file any Response by October 27, 2006; it is also

ORDERED that with respect to Plaintiff's initial request for all documents related to his criminal case, Defendant shall submit a status report to the Court by October 6, 2006, indicating whether or not and to what degree it has fulfilled Plaintiff's request, and further setting out a schedule to provide a *Vaughn* index to the Court with respect to any withheld or redacted documents and a dispositive motion if appropriate; it is also

ORDERED that the Clerk of this Court shall send a copy of this Order and the accompanying Memorandum Opinion to the following address: Mr. Vyron Wheeler, #10989-007, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge