UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO COMPLY WITH THE COURT'S SEPTEMBER 18, 2006 ORDER
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an extension of time to comply with the Court's September 18, 2006 Order - i.e., defendant seeks an extension to November 10, 2006 to file a brief and accompanying affidavit addressing the adequacy of the "Glomar" response to Plaintiff's request for witness voucher documents and to provide a status report on defendant's efforts to fulfill plaintiff's FOIA request for documents related to his criminal case.  The current deadline is tomorrow, October 6, 2006.  This is defendant's first motion for an extension for this purpose. Because plaintiff is incarcerated, the undersigned counsel has not attempted to contact plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m).  Defendant's reason for seeking the relief requested herein is set forth below.

Defendant requests the extension because of the considerable work-related demands on its counsel and based on discussions between defendant's counsel and the agency representative assigned this case regarding the timeframe by which the agency anticipates providing the necessary input for purposes of responding to the Court's recent Order. Regarding the former, defendant notes that its undersigned counsel, this week alone, filed an opposition to attorney fees in <u>Herrick's Customs and Int'l Trade Newsletter v. U.S. Customs and Border Protection</u>, Civil Action No. 04-377(JDB), a reply in support of a Motion for Summary Affirmance in a Title VII case (<u>Maramark v. Spelling</u>, No. 06-5099 (D.C. Cir.)), and anticipates filing a reply in the case, <u>Humane Society of United States v. Johanns</u>, Civil Action No. 06-0265(CKK), tomorrow, October 6, 2006. Defendant's counsel also had to deal with discovery-related issues in the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR), a suit involving the novel issue of whether "sex identity" or gender dysphoria is covered by Title VII of the Civil Rights Act of 1964.

Accordingly, for the reasons stated herein, defendant respectfully moves for an extension up to and including November 10, 2006 to comply with the requirements of the Court's September 18, 2006 Order.

    Respectfully Submitted,

    /s/ Jeffrey A. Taylor /bmr
    _____
    JEFFREY A. TAYLOR, D.C. BAR #498610
    United States Attorney

/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's First Motion for Enlargement of Time to Comply with the Court's September 18, 2006 Order and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 5th day of October, 2006 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney