UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER,           )<br>                                    )<br>         Plaintiff              )<br>                                    )<br>    v.                              )<br>                                    )<br>EXECUTIVE OFFICE OF U.S. ATTORNEYS,  )<br>                                    )<br>         Defendant.          )<br>_____) | Civil Action No. 05-1133(CKK) |

**ORDER**

UPON CONSIDERATION of *Defendant's First Motion for Enlargement of Time to Comply with the Court's September 18, 2006 Order and Memorandum in Support Thereof,* any opposition thereto, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including November 10, 2006 to comply with and respond to the Court's September 18, 2006 Order.

SO ORDERED.

_____        _____
DATE                                              UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530