UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,

    Plaintiff,

v.

EXECUTIVE OFFICE OF U.S.
ATTORNEYS,

    Defendants.

Civil Action No. 05–1133 (CKK)

**ORDER**
(November 1, 2006)

Based on the Court's Minute Entry Order of October 12, 2006, Defendant now has until November 10, 2006, to comply with and respond to the Court's September 18, 2006 Order. The Court shall thus correspondingly extend the time for Plaintiff to respond to Defendant's briefing until December 11, 2006.

Accordingly, it is, this 1st day of November, hereby

ORDERED that Plaintiff shall reply by December 11, 2006, to Defendant's briefing (which shall be filed by November 10, 2006); it is also

ORDERED that the Clerk of this Court shall send a copy of this Order to the following address: Mr. Vyron Wheeler, #10989-007, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge