UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME
TO COMPLY WITH THE COURT'S SEPTEMBER 18, 2006 ORDER
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for a brief, second extension of time to comply with the Court's September 18, 2006 Order - i.e., defendant seeks an extension to, November 16, 2006 to file a brief and accompanying affidavit addressing the adequacy of the "Glomar" response to plaintiff's request for witness voucher documents and to provide a status report on defendant's efforts to fulfill plaintiff's FOIA request for documents related to his criminal case. Because the current deadline for the filing of defendant's response fell on a holiday, i.e., November 10, 2006 (Veterans Day), the due date pursuant to Fed. R. Civ. P. 6(a) is today, November 13, 2006.

Defendant requests the brief extension because its counsel was ill today, November 10, and unable to finalize defendant's response for supervisory review and

filing with the Court. For this reason, defendant respectfully requests a brief, three-day extension to comply with and respond to the Court's September 18, 2006 Order. Because plaintiff is incarcerated, the undersigned counsel has not attempted to contact plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m).

A proposed Order consistent with the relief requested in this Motion is attached.

Date: November 10, 2006            Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on <u>Monday, November 10, 2006</u>, service of **Defendant's Second Motion for an Enlargement of Time To Comply with the Court's September 18, 2006 Order And Memorandum in Support Thereof** was made by the Court's Electronic Case Filing System to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

and that service of the same shall be made by first class, postage prepaid mail on Tuesday, November 14, 2006.


/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney