## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VYRON WHEELER,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) **Civil Action No.  05-1133(CKK)** |
| | ) |
| **EXECUTIVE OFFICE OF U.S. ATTORNEYS,** | ) |
| | ) |
| **Defendant.** | ) |
| ———————————————————— | ) |

### ORDER

UPON CONSIDERATION of *Defendant's Second Motion for Enlargement of Time to Comply with the Court's September 18, 2006 Order and Memorandum in Support Thereof*, any opposition thereto, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including November 16, 2006 to comply with and respond to the Court's September 18, 2006 Order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530