UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,

   Plaintiff,

    v.

EXECUTIVE OFFICE OF U.S. ATTORNEYS,

   Defendants.

Civil Action No. 05–1133 (CKK)

**ORDER**
(November 15, 2006)

Based on the Court's Minute Order of November 15, 2006, Defendant now has until November 16, 2006, to comply with and respond to the Court's September 18, 2006 Order. The Court shall thus correspondingly extend the time for Plaintiff to respond to Defendant's briefing until December 18, 2006.

Accordingly, it is, this 15th day of November, hereby

ORDERED that Plaintiff shall reply by December 18, 2006, to Defendant's briefing (which shall be filed by November 16, 2006); it is also

ORDERED that the Clerk of this Court shall send a copy of this Order and the corresponding Minute Order to the following address: Mr. Vyron Wheeler, #10989-007, U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, WV 26525.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge