UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S THIRD MOTION FOR ENLARGEMENT OF TIME
TO COMPLY WITH THE COURT'S SEPTEMBER 18, 2006 ORDER
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an extension of time to comply with the Court's September 18, 2006 Order - i.e., Defendant seeks an extension to November 22, 2006 to file a brief and accompanying affidavit addressing the adequacy of the "Glomar" response to Plaintiff's request for witness voucher documents and to provide a status report on Defendant's efforts to fulfill Plaintiff's FOIA request for documents related to his criminal case.[1]  The current deadline is today, November 16, 2006.  This is Defendant's third motion for an extension for this purpose. Because Plaintiff is incarcerated, the undersigned counsel has not attempted to contact Plaintiff regarding his

---

[1] Defendant notes that it produced responsive, non-exempt records to this request to Plaintiff on November 6, 2006.

position on this nondispositive motion pursuant to Local Rule 7(m).  Defendant's reason for seeking the relief requested herein is set forth below.

Defendant was prepared to submit its response to the Court's September 18, 2006 Order and Motion for Summary Judgment (with supporting Vaughn declaration and Index) today, November 16, 2006, and indeed, a draft of Defendant's response and Motion was completed and submitted for supervisory review by the undersigned counsel assigned this matter.  However, upon review, it was determined that additional follow-up with and most likely a second declaration from the defendant agency are required to further clarify and explain Defendant's response to an issue raised in the Court's Order.  Accordingly, for this reason, Defendant respectfully moves for an extension up to and including November 16, 2006 to comply with the requirements of the Court's September 18, 2006 Order.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Third Motion for Enlargement of Time to Comply with the Court's September 18, 2006 Order and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 16th day of November, 2006 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney