UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| VYRON WHEELER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-1133(CKK) |
| | ) |
| EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendant hereby submits the following statement of material facts as to which there is no genuine dispute.

1. On or around April 24, 2004, Plaintiff submitted to Defendant a Freedom of Information Act request for records relating to himself. See Ex. 1, Declaration of David Lucynski, ¶ 4, and Attach. A (November 10, 2005). Plaintiff provided "examples of specific requests" which included witness agreements, inducements or promises relating to criminal case #F-1386-96 as well as records relating to payment of witnesses in the same criminal case. Id.

2. Each United States Attorney's Office maintains the case files for criminal matters prosecuted by that office. Ex. 3, Declaration of David Luczynksi, ¶ 1 (Nov. 6, 2006)(Luczynksi II Decl.). Accordingly, the EOUSA forwarded Plaintiff's request to the FOIA contact for the U.S. Attorney's Office for the District of Columbia ("USAO/DDC"). Id. ¶ 3.

3. The USAO/DDC FOIA contact, in turn, undertook a systematic search for records on Vyron Wheeler to determine the location of any and all files relating to him. Id. To accomplish the search, the FOIA contact looked for records in the computer tracking system that were listed under the name "Wheeler." Id. ¶ 4.

4. The systems utilized in searching for responsive records were the Public Access to Court Electronic Records ("PACER"), and the Legal Information Office Network System ("LIONS"). Id. ¶ 5. The LIONS system is the computer system used by United States Attorneys offices to track cases and to retrieve files pertaining to cases and investigations. Id. The LIONS system allows a user to access databases which can be used to retrieve information based on a defendant's name, a USAO internal administrative number, or a district court case number. Id.

5. In this case, the FOIA Contact used the LIONS system to locate records based upon the name "Wheeler." Id. The FOIA contact used the system to determine all possible locations of responsive files. Id. ¶ 4.

6. Records responsive to Plaintiff's request are maintained in the Criminal Case File System (Justice/USA-007) entitled United States v. Vyron Wheeler. Id. ¶ 6. The case

pertains to the investigation, prosecution, and conviction of the Plaintiff for his crime of homicide. Id.

7. On November 6th, 2006, after completion of the search for responsive records, Defendant notified Plaintiff that records had been located. Id. ¶ 2. Accompanying this notification were 22 pages of processed material that were released in full, and 42 pages that were released in part. Id. Plaintiff was also notified that 62 pages of materials were being withheld in full. Id. In addition, Plaintiff was advised that FOIA exemptions 5 U.S.C. § 552 (b)(5) and (b)(7)(C), and Privacy Act Exemption 5 U.S.C. § 552a (j)(2), had been applied to the withheld material. Id.

Date: November 22, 2006              Respectfully Submitted,


                                     /s/ Jeffrey A. Taylor /dch
                                     _____
                                     JEFFREY A. TAYLOR, D.C. BAR #498610
                                     United States Attorney


                                     /s/ Rudolph Contreras
                                     _____
                                     RUDOLPH CONTRERAS, D.C. BAR #434122
                                     Assistant United States Attorney



                                     /s/ Beverly M. Russell
                                     _____
Of Counsel:                          BEVERLY M. RUSSELL, D.C. Bar #454257
David Luczynski, Esq.                Assistant United States Attorney
Executive Office of                  U.S. Attorney's Office for the
 U.S. Attorneys                       District of Columbia, Civil Division
                                     555 4th Street, N.W., Rm. E-4915
                                     Washington, D.C.  20530
                                     Ph:  (202) 307-0492

3