UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VYRON WHEELER,                          )
                                        )
        Plaintiff                       )
                                        )
    v.                                  ) Civil Action No. 05-1133(CKK)
                                        )
EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS,)
                                        )
        Defendant.                      )
_____)
```

**ORDER**

This matter is before the Court on Defendant's Motion for Summary Judgment. Upon consideration of the Motion, any opposition thereto, and any replies, and the entire record herein, it is this _____ day of _____, 200__,

ORDERED, that Defendant's Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED, that this case is dismissed with prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530