UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE OF FILING AFFIDAVIT OF DAVID LUCZYNKSI
IN SUPPORT OF DEFENDANT'S RESPONSE TO THE
COURT'S SEPTEMBER 18, 2006 ORDER AND
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On Wednesday, November 22, 2006, defendant filed its *Response to the Court's September 18, 2006 Order and Defendant's Motion for Summary Judgment* including as Exhibit 4 an unsigned affidavit of Mr. David Luczynski. Mr. Luczynski has since signed the affidavit which is attached hereto as a substitute for the previously filed unsigned affidavit.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Office of the United States Attorney for the
 District of Columbia, Civil Division
555 Fourth St., N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of ***Notice of Filing Affidavit of David Luczynksi in Support of Defendant's Response to the Court's September 18, 2006 Order and Defendant's Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>27th</u> day of November, 2006 to:

Vyron Wheeler, No. 10989-007
U.S.P. - Hazelton
Post Office Box 2000
Bruceton Mills, West Virginia 26525

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney