UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------ X
:
VYRON WHEELER,                                               :
:
   Plaintiff,                                  :     NOTICE OF APPEARANCE
:
       v.                    :     Civil Action No. 1:05-1133-CKK
:
EXECUTIVE OFFICE OF UNITED STATES                            :
ATTORNEY,                                                    :
:
   Defendant.                                   :
------------------------------------------------------------ X

To the Clerk of this court and all parties of record:

     PLEASE TAKE NOTICE that Matthew D. Slater from the law firm of Cleary Gottlieb Steen & Hamilton LLP hereby appears in the captioned case pursuant to Local Civil Rule 83.6(a) as counsel to Plaintiff Vyron Wheeler.

December 8, 2006

                        Respectfully submitted,

                        _____
                        Matthew D. Slater (D.C. Bar No. 386986)
                        Steven J. Kaiser (D.C. Bar No. 454251)
                        Antonio J. Reynolds (D.C. Bar No. 500851)
                        Cleary Gottlieb Steen & Hamilton LLP
                        2000 Pennsylvania Avenue, N.W.
                        Washington, D.C. 20006
                        (202) 974-1500

                        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Erika J. Davis, managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On December 8, 2006, a copy of the foregoing Notice of Appearance has been served by electronic transmission through the Court's CM/ECF System on the following party:

>Beverly Maria Russell
>U.S. ATTORNEY'S OFFICE FOR D.C.
>Civil Division
>555 4th Street, NW
>4th Floor
>Washington, DC 20530
>beverly.russell@usdoj.gov

Dated: December 8, 2006

Erika J. Davis