# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
: 
VYRON WHEELER,                                      :
: 
:
:           **CONSENT MOTION FOR**
Plaintiff,                            :           **EXTENSION OF TIME**
:
v.                              :           Civil Action No. 1:05-1133-CKK
:
EXECUTIVE OFFICE OF UNITED STATES  :
ATTORNEY,                                            :
:

Defendant.                            
---------------------------------------------------------------X

Plaintiff Vyron Wheeler respectfully moves for an extension of time in which to respond to the court's September 18, 2006 order and Defendant Executive Office of United States Attorney's November 22, 2006 renewed motion for summary judgment. Plaintiff received documents responsive to his FOIA request in December 2006. In the meantime, the undersigned counsel entered our initial appearances for Plaintiff and have spent the interim time becoming familiar with the issues and background of the case and consulting with Plaintiff. Plaintiff requests additional time in order to review the documents and confer with his counsel regarding his response and his pending motion for summary judgment.

In light of the foregoing, Plaintiff respectfully requests an extension of the deadline for his response from January 5, 2007 to January 26, 2007. Pursuant to Local Rule 7(m), the

1

undersigned has conferred with Defendant's counsel, who has graciously consented to the requested extension.

January 4, 2007                                   Respectfully submitted,

                                                        /s/ Matthew D. Slater
                                                  Matthew D. Slater (D.C. Bar No. 386986)
                                                  Steven J. Kaiser (D.C. Bar No. 454251)
                                                  Antonio J. Reynolds (D.C. Bar No. 500851)
                                                  Cleary Gottlieb Steen & Hamilton LLP
                                                  2000 Pennsylvania Avenue, N.W.
                                                  Washington, D.C. 20006
                                                  (202) 974-1500

                                                  Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP,

hereby certify that:

On January 4, 2007, a copy of the foregoing Consent Motion for Extension of Time has

been served by electronic transmission through the Court's CM/ECF System on the following

party:

> Beverly Maria Russell
> U.S. ATTORNEY'S OFFICE FOR D.C.
> Civil Division
> 555 4th Street, NW
> 4th Floor
> Washington, DC 20530
> beverly.russell@usdoj.gov

Dated: January 4, 2007                          /s/ Allison E. Collins
                                              Allison E. Collins