UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
:
VYRON WHEELER,                                                 :
:
:
:   **[PROPOSED] ORDER**
    Plaintiff,                                         :   **GRANTING CONSENT MOTION**
:   **FOR EXTENSION OF TIME**
        v.                                              :
:   Civil Action No. 1:05-1133-CKK
EXECUTIVE OFFICE OF UNITED STATES                              :
ATTORNEY,                                                      :
:

    Defendant.
---------------------------------------------------------------X

Plaintiff's consent motion for extension of time to file plaintiff's response to defendant's motion for summary judgment and response to the Court's September 18, 2006 order is granted. Plaintiff's response is due January 26, 2007.


SO ORDERED.


_____                      _____
      Date                                              Judge Colleen Kollar-Kotelly

**List of Parties**

Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
mslater@cgsh.com

Beverly Maria Russell
U.S. ATTORNEY'S OFFICE FOR D.C.
Civil Division
555 4th Street, N.W.
4th Floor
Washington, D.C. 20530
beverly.russell@usdoj.gov