UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X
:
VYRON WHEELER, :
:
    Plaintiff, :
: Civil Action No. 1:05-1133-CKK
                v. :
:
EXECUTIVE OFFICE OF UNITED STATES :
ATTORNEYS, :
:
    Defendant. :
-----------------------------------------------------------X

### [PROPOSED] ORDER

    This matter is before the Court on cross-motions for summary judgment. Having thoroughly reviewed the motions, memoranda, exhibits, and affidavits, counsel's arguments, and for good cause shown, Plaintiff's motion for summary judgment is **granted**.

    Defendant's motion for summary judgment is **denied**.

    Defendant shall submit a status report to the Court by _____ indicating whether or not and to what degree it has fulfilled Plaintiff's requests, including what additional steps it has taken to satisfy its obligation to conduct a reasonable search in response to those requests and further setting out a schedule to provide a Vaughn index to the Court with respect to any withheld or redacted documents and a dispositive motion if appropriate.

    **IT IS SO ORDERED.**

_____, 2007                                              _____
                                                                                   Colleen Kollar-Kotelly
                                                                                    United States District Judge