UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE ITS RESPONSE TO
"PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
NOVEMBER 22, 2006 MOTION FOR SUMMARY JUDGMENT AND IN
FURTHER SUPPORT OF PLAINTIFF'S PENDING
MOTION FOR SUMMARY JUDGMENT"
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including March 2, 2006 to file its Reply to *Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment.* The current filing deadline is Monday, February 5, 2007.

Pursuant to Local Rule 7(m), Defendant's counsel consulted with Plaintiff's counsel and was informed that Plaintiff does not oppose the extension request but would oppose the filing of any supplemental affidavits which Defendant, in fact, is contemplating. Plaintiff stated that, if the Court granted leave for Defendant to file

supplemental affidavits, Plaintiff would like to reserve the opportunity to respond to the assertions, arguments or issues raised in the affidavits. Defendant does not contemplate that it would oppose any Motion by Plaintiff to file a sur-reply or other response to Defendant's Reply, to the extent Plaintiff believes that Defendant's Reply raises new facts or arguments. Defendant's reasons for seeking the relief requested in this Motion are set forth below.

Plaintiff filed the above-referenced opposition memorandum on Friday, January 26, 2007. Defendant requests the extension to allow the responsive Agency an additional period to provide input to support Defendant's Reply. Such input will most likely include supplemental declarations to respond to certain issues raised in Plaintiff's opposition memorandum. The declarations will take some time to develop and finalize given the work-related demands on those responsible for coordinating and/or providing the declarations. Accordingly, for this reason, Defendant respectfully moves for an extension of time to March 2, 2007 to file its Reply.

A proposed Order consistent with the relief requested herein is attached.

                         Respectfully Submitted,

                         /s/ Jeffrey A. Taylor /bmr
                         _____
                         JEFFREY A. TAYLOR, D.C. BAR #498610
                         United States Attorney

                         /s/ Rudolph Contreras /bmr
                         _____
                         RUDOLPH CONTRERAS, D.C. BAR #434122
                         Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Motion for an Extension of Time to File Its Response to "Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment" and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>2nd</u> day of February, 2007 to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney