UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1133(CKK) |
| ) | |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO FILE ITS RESPONSE TO
"PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
NOVEMBER 22, 2006 MOTION FOR SUMMARY JUDGMENT AND IN
FURTHER SUPPORT OF PLAINTIFF'S PENDING
MOTION FOR SUMMARY JUDGMENT"
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including March 23, 2006 to file its Reply to *Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment.* The current filing deadline is tomorrow, Friday, March 2, 2007. This is the second extension sought by Defendant for such relief. Pursuant to Local Rule 7(m), Defendant's counsel consulted with Plaintiff's counsel and was informed that Plaintiff opposes the relief requested in this non-dispositive motion. Defendant's reasons for seeking the relief are set forth below.

Defendant moves for the extension to provide the Agency an additional period to produce the required information to support Defendant's Reply. Defendant additionally requests the

extension because of the significant work-related demands on its counsel. For example, Defendant's counsel was in depositions on three of the four business days during the preceding week in the case, Schroer v. Billington, Civil Action No. 05-1090(JR). During that same week, Defendant's counsel had to address discovery-related matters in the case, Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB) which culminated in a letter to plaintiff's counsel in that case regarding plaintiff's response to defendant's discovery. Within the next week, Defendant's counsel has two filings due to the District of Columbia Circuit, one of which is a brief in a Title VII case, Maramark v. Spellings, No. 06-5099(D.C. Cir.). Given these work-related demands on its counsel and given that the Agency requires additional time to produce information to support Defendant's Reply, Defendant will not be able to file its Reply by the current deadline, and thus, respectfully moves for an extension of time up to and including March 23, 2007 to do so. This Motion is made in good faith. Further, Defendant does not believe that granting the relief requested herein will prejudice Plaintiff.

      A proposed Order consistent with the relief requested is attached.

                      Respectfully Submitted,

                      /s/ Jeffrey A. Taylor /bmr
                      _____
                      JEFFREY A. TAYLOR, D.C. BAR #498610
                      United States Attorney

                      /s/ Rudolph Contreras /bmr
                      _____
                      RUDOLPH CONTRERAS, D.C. BAR #434122
                      Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Second Motion for an Extension of Time to File Its Response to "Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment" and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 2nd day of March, 2007 to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812
mslater@cgsh.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney