UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER,              ) | |
|           Plaintiff    ) | |
| v.                                                     ) | Civil Action No. 05-1133(CKK) |
| EXECUTIVE OFFICE OF U.S. ATTORNEYS,   ) | |
|           Defendant.  ) | |

**DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT OF TIME
TO FILE ITS RESPONSE TO
"PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S
NOVEMBER 22, 2006 MOTION FOR SUMMARY JUDGMENT AND IN
FURTHER SUPPORT OF PLAINTIFF'S PENDING
MOTION FOR SUMMARY JUDGMENT"
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys ("EOUSA"), by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including April 9, 2007 to file its Reply to *Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment.*[1]  The current filing deadline is Monday, March 19, 2007.  This is the third enlargement sought by Defendant for such relief.  Pursuant to Local Rule 7(m), Defendant's counsel consulted with Plaintiff's counsel and was informed that Plaintiff opposes the relief requested in this non-dispositive motion.  Mindful of the Court's March 5, 2007 Order stating

---

[1] For reasons explained herein, Defendant also anticipates filing a supplemental memorandum in support of its Motion for Summary Judgment when it files its Reply.

"no further extensions," Defendant nevertheless respectfully submits that circumstances necessitate this request and that, as explained below, good cause exists for granting this motion.

In its previous motion for an enlargement of time to file its Reply, Defendant moved for an enlargement based on the work-related demands on its counsel and to provide the Agency an additional period to produce the required information to support Defendant's Reply. At that time, Defendant contemplated that a supplemental declaration would be necessary to support the Reply. Based on subsequent communication between the undersigned attorney and the agency attorney assigned this matter regarding the scope of the supplemental declaration including issues that should be addressed therein, a determination was made to conduct a second search for documents responsive to Plaintiff's Freedom of Information Act ("FOIA") request. That search included obtaining records, through expedited procedures, from the Federal Records Center ("FRC"). The FRC produced the records late yesterday afternoon, i.e, Wednesday, March 14, 2007.

A quick examination of the records clearly showed that there were substantially more documents potentially responsive to Plaintiff's FOIA request than originally presented in a declaration supporting Defendant's Motion for Summary Judgment filed on or around November 22, 2006. Although the recent search was effectuated and directed by the U.S. Attorney's Office, the EOUSA is responsible for reviewing records, and providing or coordinating declarations. The EOUSA attorney assigned this case is on leave this week, and will return to the office on Monday, March 19, 2007, the current due date for Defendant's Reply. Accordingly, to provide him a period to process the additional records and provide information to support Defendant's Reply (and anticipated supplemental memorandum), Defendant respectfully requests an enlargement of time up to and including Monday, April 9, 2007.

2

Defendant additionally notes that there is only one other attorney within EOUSA to whom this matter could have possibly been directed this week, and that attorney is working on another case with a deadline of Tuesday, March 20. Accordingly, it would have been burdensome to direct the work related to this case to this attorney with no certainty that he could, in fact, review and process the materials, and provide a comprehensive <u>Vaughn</u> declaration by the current deadline. For this reason as well, i.e., the unavailability of another attorney at EOUSA to handle the necessary actions for this case by the current deadline, Defendant requests an enlargement.

Although Plaintiff opposes this Motion, Defendant does not believe that Plaintiff will be prejudiced by the granting of the Motion, and indeed, the enlargement will facilitate disposition of this case on the merits. <u>See</u> <u>Randall v. Merrill Lyncy, Pierce, Fenner & Smith, Inc.</u>, 110 F.R.D. 342, 345 (D.D.C. 1996)(noting "well-established principle favoring resolution of case on the merits.")

Wherefore, for reasons stated herein, Defendant moves for an enlargement of time up to and including April 9, 2007 to file its Reply. A proposed Order consistent with the relief requested is attached.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Third Motion for an Extension of Time to File Its Response to "Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment" and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System this 15th day of March, 2007 to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812
mslater@cgsh.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney