## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **VYRON WHEELER,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No.  05-1133(CKK)** |
| | ) | |
| **EXECUTIVE OFFICE OF U.S. ATTORNEYS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

UPON CONSIDERATION of *Defendant's Third Motion for an Extension of Time to File Its Response to "Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment" and Memorandum in Support Thereof*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including April 9, 2007 to file its Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew David Slater
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1812

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530