UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-1133(CKK) |
| | ) |
| EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOVEMBER 22, 2006 MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S PENDING MOTION FOR SUMMARY JUDGMENT**

**ARGUMENT**

This suit was brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and relates to Plaintiff's request for records on himself including those documenting possible witness payments connected to Plaintiff's criminal trial. Defendant produced responsive records to Plaintiff on or around November 6, 2006, and subsequently moved for summary judgment. Defendant argued that any information withheld was done pursuant to FOIA exemptions protecting from disclosure inter- and intra-agency communications covered by a traditional civil discovery privilege (5 U.S.C. § 552 (b)(5)) and records or information collected for law enforcement purposes (5 U.S.C. §(b)(7)(C)) and to which the Privacy Act, 5 U.S.C. § 552a (j)(2), applies as well.  In his opposition memorandum, Plaintiff does not challenge Defendant's Motion as relates to the proper withholding of information consistent with the FOIA and the Privacy Act.  Thus,

Defendant respectfully submits that its Motion in this regard be granted.  See *Plaintiff's Memorandum in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment* ("Pl.'s Op."), at 2, n. 2; see also Doe P v. Goss, Civil Action No. 04-2122(GK), 2007 WL 106523, *6 (D.D.C. Jan. 12, 2007); Harrison v. District of Columbia, No.Civ.A. 00-3008(RBW), 2006 WL 949856, *5 (D.D.C. April 10, 2006).

Instead, Plaintiff exclusively challenges Defendant's search for responsive records and requests that the Court order Defendant to "conduct a more complete search."  Pl.'s Op. at 2.  However, upon consideration of certain points presented in Plaintiff's opposition, Defendant, on its own, conducted a second search.  Additional documents were found, and consistent with the Court's March 17, 2007 Order, Defendant will file a supplemental memorandum on April 9, 2007 addressing the additional records acquired as a result of the second search.  Defendant therefore withdraws its arguments related to the adequacy of the search based on its initial effort in this regard, and will address matters related to the second search in its supplemental memorandum.

Defendant's evident objective is to ensure that it satisfactorily and comprehensively executes its obligations under FOIA.  Although Plaintiff has expressed dissatisfaction and

perhaps understandable frustration with Defendant's effort, Defendant believes that its measures of undertaking a second search and processing the additional records found ultimately serves Plaintiff's interest and reflects Defendant's objective to comport with the goals and requirements of the FOIA statute. See Corbeil v. U.S. Department of Justice, No. Civ. A. 04-2265 RWR, 2005 WL 3275910, *3 (D.D.C. Sept. 26, 2005)(In case where an agency's initial search yielded no responsive records but a second search located responsive records, Court stated that "an agency's prompt report of the discovery of additional materials may be viewed as evidence of its good faith efforts to comply with its obligations under FOIA.")

**CONCLUSION**

For reasons stated herein, Defendant respectfully moves for summary judgment on its arguments related to the withholding of certain records and information to which FOIA exemptions and the Privacy Act apply. Defendant herein also withdraws the argument, made in its Motion, related to the adequacy of the initial search for documents responsive to Plaintiff's FOIA requests.

Date: March 21, 2007                    Respectfully Submitted,


                                        /s/ Jeffrey A. Taylor /dch
                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney


                                        /s/ Rudolph Contreras
                                        _____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney



                                        /s/ Beverly M. Russell
                                        _____
Of Counsel:                             BEVERLY M. RUSSELL, D.C. Bar #454257
David Luczynski, Esq.                   Assistant United States Attorney
Executive Office of                     U.S. Attorney's Office for the
 U.S. Attorneys                          District of Columbia, Civil Division
                                        555 4th Street, N.W., Rm. E-4915
                                        Washington, D.C.  20530
                                        Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of ***Defendant's Reply to Plaintiff's Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and Response to Plaintiff's Pending Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1812
mslater@cgsh.com

this 21st day of March, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney