UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VYRON WHEELER,                          )
                                        )
        Plaintiff                       )
                                        )
    v.                                  ) Civil Action No. 05-1133(CKK)
                                        )
EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS,)
                                        )
        Defendant.                      )
_____)
```

**DEFENDANT'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS
NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendant hereby submits the following supplemental statement of material facts as to which there is no genuine dispute.

1. In March 2006, Ms. Susan Bowman, Supervisory Operations Specialist for the Superior Court Division, United States Attorney's Office ("USAO") for the District of Columbia, received Plaintiff's FOIA request from the Executive Office for United States Attorneys ("EOUSA"). Def.'s Ex. 5, Declaration of Susan Bowman, ¶ 3 (March 23, 2007).

2. The Superior Court for the District of Columbia has a computerized docketing/case management system known as the Court Information System ("CIS"). Id. ¶ 4. This computerized system of records ("RCIS") was replicated by the USAO for the District of Columbia to track cases or matters for the USAO's Superior Court Division. Id.

3. The RCIS is the current computerized records tracking system available and used by the Superior Court Division. Id. ¶

4. The RCIS allows the user to search Superior Court Division matters by specific names. Id. The RCIS is capable of cross-referencing other related cases if such related case information is entered into the system. Id.

5. Superior Court Division files are closed on a timely basis and such records are shipped periodically to the Federal Records Center in Suitland, Maryland where they are maintained for a specified number of years (typically ten years). Id.

6. As to both searches done in response to Plaintiff's FOIA request, RCIS and the Closed Files Information Tracking System ("CFITS") were used. Ex. 5, Bowman Decl. ¶ 7. The CFITS system is the current computerized record tracking system that is available and used by the Superior Court Division to locate closed files. Id.

7. In or about April 2006, Ms. Bowman performed a search on RCIS for all cases related to Vyron Wheeler. Id. ¶ 8. As a result of the search, Ms. Bowman requested the Closed Files Section in the USAO to order the closed case file from the Federal Records Center in Suitland, Maryland. Id. Upon receipt of the boxes, Ms. Bowman copied documents and forwarded certain documents to the EOUSA for further processing. Id. and ¶¶ 13-14.

8. As part of her search, Ms. Bowman consulted with Assistant U.S. Atotrney Teresa Howie, the prosecutor in Plaintiff's criminal case, to determine whether Ms. Howie had any

documents related to the case in her possession. Id. ¶ 9. Ms. Bowman forwarded copies of records responsive to Mr. Wheeler's FOIA request to EOUSA for further processing. Id.

9. In or around March 2007, a second search was undertaken to locate records responsive to Plaintiff's FOIA request. Id. ¶ 10. On March 7, 2007, Ms. Bowman for a second time requested the Closed Files Section of the USAO for the District of Columbia to order the closed files from the Federal Records Center. Id. ¶ 11. On March 8, 2007, the Federal Records Center delivered two boxes to the Superior Court Division relating to Plaintiff. Id. ¶ 12.

10. Ms. Bowman copied all of the responsive documents in the boxes and forwarded them to the EOUSA for further processing. Id. ¶ 13.

11. On March 23, 2007, Ms. Bowman contacted Assistant U.S. Attorney Howie to clarify whether she had any email or other electronic media referencing Vyron Wheeler. Id. ¶ 14. That same day, Ms. Howie responded that she had no emails or other electronic media referencing Plaintiff. Id.

12. In addition to records released previously to Plaintiff (see R. 48, Def.'s Response to the Court's September 18, 2006 Order and Def.'s Mot. Summ. J., Ex. 3, Luczynksi Decl. ¶ 2), the EOUSA has released to Plaintiff an additional 315 pages in full and 80 pages with redactions, and has withheld in full 266 pages of records. Ex. 6, Supplemental Declaration of David Luczynksi, ¶ 2 (April 9, 2007)(attached hereto). The EOUSA withheld

3

information pursuant to 5 U.S.C. § 552 (b)(2), (b)(5) and (b)(7)(C), and/or the Privacy Act 5 U.S.C. § 552a(j)(2).

Date: April 9, 2007                         Respectfully Submitted,


/s/ Jeffrey A. Taylor /rc
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


                                            /s/ Beverly M. Russell
                                            _____
Of Counsel:                                 BEVERLY M. RUSSELL, D.C. Bar #454257
David Luczynski, Esq.                       Assistant United States Attorney
Executive Office of                         U.S. Attorney's Office for the
 U.S. Attorneys                              District of Columbia, Civil Division
                                            555 4th Street, N.W., Rm. E-4915
                                            Washington, D.C.  20530
                                            Ph:  (202) 307-0492