UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------X
:
VYRON WHEELER,                                              :
                                                            :
       Plaintiff,                                          :   Civil Action No. 1:05-1133-CKK
                                                            :
               v.                                      :
                                                            :
EXECUTIVE OFFICE OF UNITED STATES                           :
ATTORNEYS,                                                  :
                                                            :
       Defendant.                                          :
------------------------------------------------------------X

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY AND TO COMPEL THE PRODUCTION OF DOCUMENTS**

       Plaintiff Vyron Wheeler respectfully requests leave to file a surreply to the government's supplemental memorandum in support of its motion for summary judgment and an order directing the government to provide access to or copies of the 400 additional pages it recently produced to Mr. Wheeler. The grounds for this motion are as follows.

       On March 21, 2007, the government filed its reply memorandum, in which it ***withdrew*** the central argument in support of its latest motion for summary judgment concerning the adequacy of the search conducted pursuant to Mr. Wheeler's FOIA request. Defendant's Reply to Plaintiff's Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and Response to Plaintiff's Pending Motion for Summary Judgment at 2 (March 21, 2007). On April 9, 2007, the government filed a memorandum styled as a supplemental memorandum in support of the motion for summary judgment. In its supplemental memorandum, the government has now acknowledged that the four previously-filed affidavits were "***in error***," Defendant's Supplemental Memorandum in Support of Its Motion for Summary Judgment at 4 (April 9,

2007), and has substituted an entirely new story through new affidavits that address facts that arose *after* the government filed its motion for summary judgment and *after* Mr. Wheeler filed his opposition to the motion. *See id.* at 5. Setting aside whether that is an appropriate function for a reply or supplemental brief in support of summary judgment, the result is that Mr. Wheeler has not had an opportunity to address the new set of allegedly uncontroverted facts put forward by the government in support of its motion, and as a matter of fundamental fairness he should be given that opportunity now, unless the Court were to deny the government's motion and grant Mr. Wheeler's pending motion for summary judgment.[1]

Mr. Wheeler further requests that he be given up to and including May 12, 2007 to file his further reply. Mr. Wheeler and his counsel need that time to consider the adequacy of the government's search, the details of which have only now been provided, and to consider the adequacy of the government's production and withholding of documents, including the new *Vaughn* index.

In addition, undersigned counsel needs access to the 400 pages of documents the government has belatedly provided to Mr. Wheeler. Mr. Wheeler's counsel has requested that the government provide access to or copies of the materials to counsel, but the government's counsel has not responded to that request. Accordingly, Mr. Wheeler asks for the Court's assistance by entering an order requiring the government to provide Mr. Wheeler's counsel copies of the materials recently released to Mr. Wheeler. (Mr. Wheeler is incarcerated and

---

[1] Mr. Wheeler reiterates that the government's own affidavits prove that the government failed to conduct a reasonable and adequate search for records and produce such records as required by FOIA before either its own or Mr. Wheeler's motions for summary judgment were filed. Indeed, the government's latest filings prove that each of the allegedly "uncontroverted" facts the government originally proffered and that Mr. Wheeler disputed are false, and each of the additional statements of uncontroverted fact set forth by Mr. Wheeler were true when he filed them on January 26, 2007, in opposition to the government's summary judgment motion. Based on that record alone, the Court would be justified in denying the government's motion and granting Mr. Wheeler's motion for summary judgment.

therefore obtaining those materials from Mr. Wheeler is essentially impossible in any reasonable time frame).

For the foregoing reasons, Mr. Wheeler respectfully requests that the Court grant Mr. Wheeler leave to file a surreply to the government's latest filing and in further support of his motion for summary judgment; grant Mr. Wheeler up to and including May 12, 2007 to do so; and order the government to provide directly and promptly to Mr. Wheeler's counsel copies of the materials produced to Mr. Wheeler.

Pursuant to Local Rule 7(m), Mr. Wheeler's counsel contacted the government's counsel regarding this motion, requested consent to this motion by leaving a detailed message on government's counsel's telephone voicemail in which the particulars were laid out in detail, but has received no response.

April 13, 2007                              Respectfully submitted,


                                              /s/ Matthew D. Slater
                                            Matthew D. Slater (D.C. Bar No. 386986)
                                            Steven J. Kaiser (D.C. Bar No. 454251)
                                            Antonio J. Reynolds (D.C. Bar No. 500851)
                                            Cleary Gottlieb Steen & Hamilton LLP
                                            2000 Pennsylvania Avenue, N.W.
                                            Washington, D.C. 20006
                                            (202) 974-1500

                                            Attorneys for Plaintiff Vyron Wheeler

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On April 13, 2007, a copy of the foregoing Plaintiff's Motion for Leave to File Surreply has been served by electronic transmission through the Court's CM/ECF System on the following party:

> Beverly Maria Russell
> U.S. ATTORNEY'S OFFICE FOR D.C.
> Civil Division
> 555 4th Street, N.W.
> 4th Floor
> Washington, D.C. 20530
> beverly.russell@usdoj.gov

Dated: April 13, 2007          /s/ Emily C. Capehart
                                                       Emily C. Capehart