**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
------------------------------------------------------------------X
                                           :
VYRON WHEELER,                             :
                                           :
                                           :   [PROPOSED] ORDER
        Plaintiff,                         :   GRANTING PLAINTIFF'S
                                           :   MOTION FOR LEAVE TO FILE A
                    v.                     :   SURREPLY
                                           :
EXECUTIVE OFFICE OF UNITED STATES          :
ATTORNEY,                                  :   Civil Action No. 1:05-1133-CKK
                                           :
                                           :
        Defendant.                         :
------------------------------------------------------------------X
```

Plaintiff's motion for leave to file a surreply to Defendant's April 9, 2007 Supplemental Memorandum in Support of Its Motion for Summary Judgment is granted, and Plaintiff shall have up to and including May 12, 2007 to do so.

In addition, Defendant is hereby directed to produce copies of all documents transmitted to Plaintiff after Defendant's second FOIA search to Plaintiff's counsel by April 19, 2007.

IT IS SO ORDERED.


_____                    _____
        Date                                       Judge Colleen Kollar-Kotelly

**Copies To:**


Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
mslater@cgsh.com

Beverly Maria Russell
U.S. ATTORNEY'S OFFICE FOR D.C.
Civil Division
555 4th Street, N.W.
4th Floor
Washington, D.C. 20530
beverly.russell@usdoj.gov