## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------X
:
VYRON WHEELER, :
:
:
      Plaintiff, : **MOTION FOR EXTENSION OF TIME**
:
          v. : Civil Action No. 1:05-1133-CKK
:
EXECUTIVE OFFICE OF UNITED STATES :
ATTORNEYS, :
:
      Defendant.
---------------------------------------------------------------X

    Plaintiff Vyron Wheeler respectfully moves for an extension of time in which to respond to the government's supplemental memorandum in support of its motion for summary judgment, which was filed on April 9, 2007. Mr. Wheeler's reply is currently due on May 12, 2007. Mr. Wheeler requests until and including May 25, 2007 to file his reply. In further support of his motion, Mr. Wheeler states as follows:

    1. On April 19, 2007, the Court ordered the government to produce to Mr. Wheeler's counsel the approximately 400 pages of documents that it had represented it had produced to Mr. Wheeler.

    2. On or about April 19, the government's counsel, Beverly Russell, telephoned counsel and said that the documents would be sent out on Friday, April 20, or Monday, April 23.

    3. After waiting several days and not having received documents, counsel contacted Ms. Russell and left several voicemails. Ms. Russell ultimately informed Mr. Wheeler's counsel that the government's primary affiant, David Luczynski, would send the documents because she was going on vacation.

1

4.  After waiting again and not having received the documents, counsel contacted Mr. Luczynski.  Mr. Luczysnki stated that he would make the documents available to a messenger if counsel sent one to Mr. Luczynski's office.  Mr. Wheeler's counsel did that on May 1, 2007.

5.  The documents Mr. Luczynski provided to the messenger on May 1, however, were not the new production set the Court ordered to be delivered, but instead were a few pages of exhibits to the government's original summary judgment briefing.  Mr. Wheeler's counsel contacted Mr. Luczysnki to request again that the new FOIA production be made available.  Mr. Luczysnki finally produced the documents to counsel's messenger on May 2, 2007.

6.  Counsel made a copy set of the new documents received on May 2 and mailed them to Mr. Wheeler on May 3.  Because he is incarcerated, however, mail delivery to Mr. Wheeler is delayed, and he has limited opportunities to telephone counsel.  As a result, he will not have sufficient time to review the documents and confer with counsel prior to the current May 12 filing deadline.

7.  Pursuant to Local Rule 7(m), Mr. Wheeler's counsel attempted to obtain consent from the government for this motion by leaving messages on opposing counsel's voicemail but received no response.

For the foregoing reasons, Mr. Wheeler respectfully requests an extension of time until and including May 25, 2007, to file his reply to the government's supplemental memorandum in support of its motion for summary judgment.

May 4, 2007                                        Respectfully submitted,


                                                   /s/ Matthew D. Slater
                                                   Matthew D. Slater (D.C. Bar No. 386986)
                                                   Steven J. Kaiser (D.C. Bar No. 454251)
                                                   Antonio J. Reynolds (D.C. Bar No. 500851)
                                                   Cleary Gottlieb Steen & Hamilton LLP
                                                   2000 Pennsylvania Avenue, N.W.
                                                   Washington, D.C. 20006
                                                   (202) 974-1500

                                                   Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On May 4, 2007, a copy of the foregoing Motion for Extension of Time has been served by electronic transmission through the Court's CM/ECF System on the following party:

> Beverly Maria Russell
> U.S. ATTORNEY'S OFFICE FOR D.C.
> Civil Division
> 555 4th Street, NW
> 4th Floor
> Washington, DC 20530
> beverly.russell@usdoj.gov

Dated: May 4, 2007                                     /s/ Allison E. Collins
                                                           Allison E. Collins