# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X
:
VYRON WHEELER, :
:
: **[PROPOSED] ORDER**
Plaintiff, : **GRANTING MOTION FOR**
: **EXTENSION OF TIME**
v. :
: Civil Action No. 1:05-1133-CKK
EXECUTIVE OFFICE OF UNITED STATES :
ATTORNEY, :
:
Defendant. :
------------------------------------------------------------------X

Plaintiff's motion for extension of time to file Plaintiff's reply to Defendant's supplemental memorandum in support of its motion for summary judgment is granted. Plaintiff's reply is due May 25, 2007.

SO ORDERED.

_____     _____
       Date                                               Judge Colleen Kollar-Kotelly

**Copies to:**

Matthew D. Slater
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
mslater@cgsh.com

Beverly Maria Russell
U.S. ATTORNEY'S OFFICE FOR D.C.
Civil Division
555 4th Street, N.W.
4th Floor
Washington, D.C. 20530
beverly.russell@usdoj.gov