# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------X

VYRON WHEELER,

      Plaintiff,

      v.

EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS,

      Defendant.

-----------------------------------------------------------X

Civil Action No. 1:05-1133-CKK

## PLAINTIFF'S SUPPLEMENTAL STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Local Rule 7(h), Plaintiff Vyron Wheeler, in support of his pending motion for summary judgment, hereby submits his supplemental statement of material facts not in dispute.

### Additional Facts That Are Undisputed

1. The affidavit submitted by David Luczynski on November 22, 2006 is inaccurate insofar as it claims that the government conducted a search of PACER and the LIONS system in response to Mr. Wheeler's FOIA requests. Bowman Decl. ¶ 5.

2. The affidavit submitted by David Luczynski on November 22, 2006 is inaccurate insofar as its claims that "[t]here are no other records systems or locations within the District of Columbia in which other files pertaining to Plaintiff's criminal case, [sic] were maintained." Bowman Decl. ¶ 5.

3. Contrary to Mr. Luczynski's averment, the government also maintains information about closed cases in the RCIS system and stores documents at the Federal Records Center in Suitland, Maryland. Bowman Decl. ¶ 8.

    4.      The government did not conduct its first search for documents until April 2006, Bowman Decl. ¶ 8, after this lawsuit was filed.

    5.      Ms. Bowman did not order the closed files of related cases, including the file of Mr. Wheeler's co-defendant.  *See* Bowman Decl.

    6.      In the April 2006 search, Ms. Bowman did not submit for processing any records containing third-party information and only forwarded "responsive documents that did not note personal information, i.e. names, to the EOUSA."  Bowman Decl. ¶ 13.

    7.      The government did not transmit documents to Mr. Wheeler until November 2006, after the Court issued its September 18, 2006 memorandum opinion.  Def.'s Second Mem. In Supp. of Summ. J. at 7 (Nov. 22, 2006).

    8.      The government did not process documents inclusive of potentially exempt privacy information until March 2007.  Bowman Decl. ¶¶ 10-13.

    9.      The search conducted in March 2007 was "[b]ased upon points argued in the Plaintiff's opposition memorandum filed on or around January 26, 2007."  Bowman Decl. ¶ 10.

May 25, 2007

Respectfully submitted,

    /s/ Matthew D. Slater
Matthew D. Slater (D.C. Bar No. 386986)
Steven J. Kaiser (D.C. Bar No. 454251)
Antonio J. Reynolds (D.C. Bar No. 500851)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1500

Attorneys for Plaintiff Vyron Wheeler