**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------X

VYRON WHEELER,

       Plaintiff,

                v.

EXECUTIVE OFFICE OF UNITED STATES
ATTORNEYS,

       Defendant.

-------------------------------------------------------X

Civil Action No. 1:05-1133-CKK

**[PROPOSED] ORDER**

This matter is before the Court on cross-motions for summary judgment. Having

thoroughly reviewed the motions, memoranda, exhibits, and affidavits, counsel's arguments, and

for good cause shown, Plaintiff's motion for summary judgment is **granted**.

Defendant's motion for summary judgment is **denied**.

Defendant shall submit a status report to the Court by _____ indicating whether

or not and to what degree it has fulfilled Plaintiff's requests, including what additional steps it

has taken to satisfy its obligation to conduct a reasonable search in response to those requests and

further setting out a schedule to provide a Vaughn index to the Court with respect to any

withheld or redacted documents and a dispositive motion if appropriate.

      **IT IS SO ORDERED.**

_____, 2007

_____
Colleen Kollar-Kotelly
United States District Judge