UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VYRON WHEELER,                          )
                                        )
        Plaintiff                       )
                                        )
    v.                                  ) Civil Action No. 05-1133(CKK)
                                        )
EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS,)
                                        )
        Defendant.                      )
_____)
```

**DEFENDANT'S MOTION FOR LEAVE TO FILE A
RESPONSE TO PLAINTIFF'S SURREPLY IN OPPOSITION
TO DEFENDANT'S NOVEMBER 22, 2006 MOTION FOR SUMMARY JUDGMENT**

Defendant, the Executive Office for U.S. Attorneys ("EOUSA"), respectfully moves for leave to file the attached response to *Plaintiff's Surreply in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment and in Further Support of Plaintiff's Pending Motion for Summary Judgment*. The EOUSA believes that certain arguments made in Plaintiff's surreply are legally or factually incorrect, and thus, a response to those arguments is necessary. Pursuant to Local Rule 7(m), the undersigned counsel consulted with Plaintiff's counsel who stated that Plaintiff takes no position on the Motion but, if the Motion is granted, Plaintiff would like the opportunity to respond.

A proposed Order consistent with the relief requested in this Motion is attached.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of ***Defendant's Motion for Leave to File A Response to Plaintiff's Surreply in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment*** was made by the Court's Electronic Case Filing System to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1812
mslater@cgsh.com

this 28th day of June, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney