UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
VYRON WHEELER,                            )
                                          )
        Plaintiff                         )
                                          )
    v.                                    ) Civil Action No. 05-1133(CKK)
                                          )
EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS,  )
                                          )
        Defendant.                        )
_____ )
```

ORDER

Upon consideration of ***Defendant's Motion for Leave to File A Response to Plaintiff's Surreply in Opposition to Defendant's November 22, 2006 Motion for Summary Judgment,*** and for good cause, shown, it is hereby, this _____ day of _____, 2007

ORDERED that Defendant's Response to Plaintiff's Surreply is accepted and will be considered when this Court rules on this matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:
Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1812

Beverly M. Russell
Assistant United States Attorney
United States Attorney's Office, District of Columbia
555 4th Street, N.W. – Room E-4915
Washington, D.C.  20530