UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VYRON WHEELER,

   Plaintiff,

   v.

EXECUTIVE OFFICE OF U.S. ATTORNEYS,

   Defendant.

Civil Action No. 05–1133 (CKK)

# ORDER
(January 17, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 17th day of January, 2008, hereby

**ORDERED** that Defendant's [65] Motion for Leave to Respond to Plaintiff's Sur-Reply is GRANTED; it is further

**ORDERED** that Plaintiff's [35] Motion for Summary Judgment is GRANTED; it is further

**ORDERED** that Defendant's [48] Motion for Summary Judgment is GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that Defendant shall release to Plaintiff any remaining responsive documents identified by searching files associated with Plaintiff's co-defendant no later than February 5, 2008; it is further

**ORDERED** that the Parties shall file a Joint Status Report concerning Defendant's compliance with this additional search and any disputes arising from information deemed exempt

from disclosure no later than February 8, 2008; it is further

**ORDERED** that the Parties shall make an effort to resolve without Court intervention any issues of whether attorney's fees and costs are appropriate in this case; and it is further

**ORDERED** that if all issues are resolved except for attorney's fees and costs, the Parties shall also file a proposed Joint Briefing Schedule on the issue of attorney's fees and costs no later than February 22, 2008.

**SO ORDERED.**


Date:   January 17, 2008

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge