**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------X
:
VYRON WHEELER,                                                :
:
:
Plaintiff,                                                    :
:   Civil Action No. 1:05-1133-CKK
v.                                                            :
:
EXECUTIVE OFFICE OF UNITED STATES                             :
ATTORNEYS,                                                    :
:
Defendant.                                                    :
---------------------------------------------------------------X

**JOINT STATUS REPORT**

As directed by the Court in its January 17, 2008 Memorandum Opinion, Plaintiff Vyron Wheeler and Defendant Executive Office of United States Attorneys ("the government") respectfully file this joint status report and state as follows:

1.  On January 17, 2008, the Court granted Mr. Wheeler's motion for summary judgment and granted in part and denied in part the government's motion for summary judgment.

2.  The Court ordered the government to "produce any remaining documents as a result of the search described in this Memorandum Opinion no later than February 5, 2008." Mem. Op. at 17. The Court further directed the parties to file a joint status report no later than February 8, 2008, "concerning [the government's] compliance with this additional search and any disputes arising from information deemed exempt from disclosure." Id.

3.  On February 5, the government produced to Mr. Wheeler's counsel 235 pages in full and 88 pages with redactions. In addition, the government indicated that it was withholding 1832 pages in full and noted that "[t]he redacted/withheld documents were reviewed to

determine if any information could be segregated for release." The government's response did not include a Vaughan index or other information detailing the government's specific justifications for redacting 88 pages and withholding 1832 pages in full.

    4. On the evening of February 5, Mr. Wheeler's counsel telephoned the government's counsel to request such information. He advised that Mr. Wheeler is unable to assess whether any additional disputes exist without additional information regarding the government's search and the basis for the government's decision to withhold or redact the documents.

    5. In response to Mr. Wheeler's request for additional information, the government's counsel agreed to confer with the FOIA office that completed the review of documents and prepare a written statement explaining the grounds for non-disclosure. In addition, the government's counsel indicated that she would request additional details about the search. The government's counsel further indicated that she did not anticipate that this task could be completed prior to the filing of this status report.

    6. Because of Mr. Wheeler's desire to obtain additional information about the production and withholding of documents as described above, the parties respectfully propose that the Court grant them additional time to advise the Court as to whether any disputes remain concerning the government's search or the withholding of any documents, which would allow the government time to complete a written statement regarding the documents that the government withheld in whole or in part and to describe how the FOIA office conducted the search. In addition, this will allow counsel time to send the produced documents to Mr. Wheeler and consult with him.

    7. The government requests that the Court grant an extension of 30 days to prepare a response to Mr. Wheeler's request for information. Although Mr. Wheeler agrees the government should have time to provide the information, because the government apparently

intends to prepare an abbreviated response instead of a Vaughan index, Mr. Wheeler believes that an extension of 30 days is not necessary at this stage in the case and proposes instead that the government be afforded 10 days from today.

8. The parties further request that the Court grant the parties two weeks from the government's submission of the requested information to Mr. Wheeler's counsel to file a status report concerning the government's search and any disputes arising from information deemed exempt from disclosure.

February 8, 2008                                        Respectfully submitted,


/s/ Beverly Russell/MDS
Beverly Maria Russell (D.C. Bar No. 454257)
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
Civil Division
555 4th Street, N.W.
4th Floor
Washington, D.C. 20530
beverly.russell@usdoj.gov


/s/ Matthew D. Slater
Matthew D. Slater (D.C. Bar No. 386986)
Steven J. Kaiser (D.C. Bar No. 454251)
Antonio J. Reynolds (D.C. Bar No. 500851)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1500

Attorneys for Plaintiff Vyron Wheeler

CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On February 8, 2008, a copy of the foregoing Joint Status Report has been served by electronic transmission through the Court's CM/ECF System on the following party:

>Beverly Maria Russell
>U.S. ATTORNEY'S OFFICE FOR D.C.
>Civil Division
>555 4th Street, NW
>4th Floor
>Washington, DC 20530
>beverly.russell@usdoj.gov

Dated: February 8, 2008                                    /s/ Emily C. Capehart
                                                                                                     Emily C. Capehart