UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VYRON WHEELER,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 05-1133(CKK) |
| | ) |
| **EXECUTIVE OFFICE OF U.S. ATTORNEYS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THE PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's February 11, 2008 Minute Order, the Parties respectfully submit this Joint Status Report. The Parties are actively attempting to resolve this matter without further intervention of the Court, or at the very least, hope to considerably narrow the issues for the Court's review. In this regard, the Parties have exchanged comprehensive correspondence explaining their respective position. To allow the Parties an additional period to continue their efforts to resolve most, or ideally, all pending issues raised by Plaintiff, including the matter of attorney fees and costs, the Parties would like up to and including April 7, 2008 to submit a follow-up joint report. Should issues remain at that time, the Parties will submit a Notice listing those issues and a proposed briefing schedule. If all issues are resolved, the Parties will so notify the Court by that date.

Date: March 24, 2008

Respectfully Submitted,

/s/ Matthew D. Slater /bmr                                         /s/ Jeffrey A. Taylor /bmr

_____                                     _____
MATTHEW D. SLATER, D.C. Bar #386986      JEFFREY A. TAYLOR, D.C. BAR #498610
STEVEN J. KAISER, D.C. Bar #454251            United States Attorney
ANTONIO J. REYNOLDS, D.C. Bar #500851
Cleary, Gottlieb, Steen & Hamilton, LLP           /s/ Rudolph Contreras /bmr
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812                           _____
                                                                              RUDOLPH CONTRERAS, D.C. BAR #434122
                                                                              Assistant United States Attorney

                                                                              /s/ Beverly M. Russell

                                                                              _____
                                                                              BEVERLY M. RUSSELL, D.C. Bar #454257
                                                                              Assistant United States Attorney
                                                                              U.S. Attorney's Office for the
                                                                               District of Columbia
                                                                              555 4th Street, N.W., Rm. E-4915
                                                                              Washington, D.C. 20530
                                                                              Ph: (202) 307-0492