UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF U.S. ATTORNEYS, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 05-1133(CKK) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME
FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including April 14, 2007 for the Parties to file their Joint Status Report.  The current filing deadline is Monday, April 7, 2008.  Pursuant to Local Rule 7(m), Defendant's counsel consulted with Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein.  Defendant's reasons for seeking this relief are set forth below.

Counsel for Plaintiff and Defendant have exchanged detailed correspondence as to their positions on the remaining issues in this suit.  One issue raised by Plaintiff is a concern related to approximately 400 pages withheld in full, and specifically, whether certain of those pages could be redacted.  Defendant's position is that the redactions would be extensive with no substantive information remaining revealing the Government's operation.  As such, there is no legal obligation under the Freedom of Information Act to produce these pages in redacted form.  The undersigned counsel assigned this matter would like to undertake additional follow-up,

specifically, reviewing the documents, to facilitate a final determination on this issue.  However, Defendant's undersigned counsel has two filings due this week in <u>Atlantic Sea Island Group v. Connaughton, et al.</u>, Civil Action No. 08-00259(RWR), a case in which the plaintiff seeks a preliminary injunction as well as had a deposition today, April 7, 2008 in the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR).

Defendant's undersigned counsel would like to follow-up on certain matters in the <u>Wheeler</u> case, including the issue related to the approximate 400 pages withheld in full, prior to providing Defendant's input for the Joint Status Report, but because of work-related demands, does not believe that she will be able to undertake the follow-up within the time frame remaining before the current due date for submission of the Parties' Joint Status Report.  Accordingly, for this reason, Defendant moves for an enlargement of time to Monday, April 14, 2008 for the Parties to file their Joint Report.

A proposed Order consistent with the relief requested herein is attached.

                                      Respectfully Submitted,

                                      /s/ Jeffrey A. Taylor /bmr
                                      _____
                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney

                                      /s/ Rudolph Contreras /bmr
                                      _____
                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney

...

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Unopposed Motion for an Enlargement of Time for the Parties to File Their Joint Status Report* was made by the Court's Electronic Case Filing System this <u>4th</u> day of April, 2008 to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812
mslater@cgsh.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney