UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VYRON WHEELER,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No.  05-1133(CKK) |
| | ) |
| **EXECUTIVE OFFICE OF U.S. ATTORNEYS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

ORDER

UPON CONSIDERATION of *Defendant's Unopposed Motion for an Enlargement of Time for the Parties to File Their Joint Status Report*, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, the Parties shall have up to and including April 14, 2007 to file their Joint Status Report;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Matthew David Slater
Cleary, Gottlieb, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006-1812

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530