UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER, )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE OF U.S. ATTORNEYS, )<br>)<br>      Defendant. )<br>_____) | Civil Action No. 05-1133(CKK) |

**DEFENDANT'S UNOPPOSED, SECOND MOTION FOR AN ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR JOINT STATUS REPORT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Department of Justice, Executive Office of U.S. Attorneys, by and through its undersigned attorneys, respectfully moves for an enlargement of time up to and including April 16, 2008 for the Parties to file their second Joint Status Report. The current filing deadline is today, Monday, April 14, 2008. This is Defendant's second request for this purpose. Pursuant to Local Rule 7(m), Defendant's counsel consulted with Plaintiff's counsel and was informed that Plaintiff does not oppose the relief requested herein. Defendant's reason for seeking this relief is set forth below.

Today, April 14, 2008, counsel for Plaintiff drafted a proposed Joint Status Report based, in part, on input provided by Defendant's counsel on Friday, April 11, 2008. Defendant's undersigned counsel responsible for this matter submitted the Joint Status Report with proposed revisions for supervisory review. The reviewing supervisor in turn had questions on the proposed Joint Status Report which will require additional follow-up. Defendant's undersigned counsel does not believe that she will be able to undertake the additional follow-up in time for the Parties to complete the final version of the Joint Status Report and file the Report with the

Court by the current deadline.  Accordingly, Defendant respectfully moves for a brief, two day extension of time to Wednesday, April 16, 2008 for the Parties to file their Joint Report.

A proposed Order consistent with the relief requested herein is attached.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Unopposed, Second Motion for an Enlargement of Time for the Parties to File Their Joint Status Report and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System this 14th day of April, 2008 to:

Matthew David Slater
Cleary, Gottleib, Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1812
mslater@cgsh.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney