UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VYRON WHEELER,<br><br>    Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE OF U.S. ATTORNEYS,<br><br>    Defendant. | Civil Action No. 05–1133 (CKK) |

**ORDER**
(April 28, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 28th day of April, 2008, hereby

**ORDERED** that the Parties' [74] Joint Motion for Disposition is granted; it is further

**ORDERED** that Defendant shall not be required to release the 1,415 pages of records described in the accompanying memorandum opinion; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

*This is a final, appealable order.*

                                                                  /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge